Case 1:24-cv-02128-JSR   Document 1-23   Filed 03/21/24   Page 1 of 2

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF NEW YORK**

---

WHITE OAK GLOBAL ADVISORS, LLC

                    Plaintiff,

- against -

THOMAS M. CLARKE, ANA M. CLARKE, and
DAVID WILEY individually, and THOMAS M.
CLARKE and ANA M. CLARKE as TRUSTEES for
THOMAS M. CLARKE AND ANA M. CLARKE
100% JTWROS

                    Defendants.

---

Index No.: _____

**Motion Sequence No. 001**

**NOTICE OF MOTION FOR SUMMARY JUDGMENT**
**IN LIEU OF COMPLAINT PURSUANT TO CPLR 3213**

PLEASE TAKE NOTICE that upon the Summons dated December 22, 2023, the annexed

Affidavit of Barbara McKee, sworn to on December 19, 2023, and the exhibits attached thereto,

and the accompanying Memorandum of Law, dated December 22, 2023, Plaintiff White Oak

Global Advisors, LLC ("White Oak") will move this Court at the Supreme Court of the State of

New York, 60 Centre Street, Room 130, New York, New York, 10007, on May 21, 2024 at 9:30

a.m., or as soon thereafter as counsel can be heard, for an order pursuant to CPLR 3213: (i) against

Thomas M. Clarke individually, and as trustee for Thomas M. Clarke and Ana M. Clarke 100%

JTWROS, in favor of Plaintiff White Oak in an amount no less than $20,000,000 with prejudgment

interest accruing at the statutory rate of 9% through date of judgment; (ii) against Ana M. Clarke

individually, and as trustee for Thomas M. Clarke and Ana M. Clarke 100% JTWROS, in favor of

Plaintiff White Oak in an amount no less than $20,000,000 with prejudgment interest accruing at

the statutory rate of 9% through date of judgment; (iii) against David Wiley individually in favor

of Plaintiff White Oak in an amount no less than $20,000,000 with prejudgment interest accruing at the statutory rate of 9% through date of judgment; (iv) granting costs and expenses, including attorneys' fees incurred in connection with this lawsuit, in an amount to be determined by the Court; and (v) granting post-judgment interest at the statutory rate of 9%, together with such other and further legal and equitable relief as this Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that pursuant to CPLR 2214(b) and CPLR 3213, answering papers are required to be served upon the undersigned no later than the later of: (i) the twentieth day after service is complete, exclusive of the day of service (or within 30 days after service is complete if this summons is not personally delivered to you within the State of New York), or (ii) ten days prior to the return date of this motion.

Dated: New York, New York
December 22, 2023

Respectfully submitted,

By: */s/ Ronald J. Aranoff*
Ronald J. Aranoff
James N. Lawlor
Vincent R. Kappel
WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, New York 10110
Phone: (212) 382-3300
Fax: (212) 382-0050
raranoff @wmd-law.com
jlawlor@wmd-law.com
vkappel@wmd-law.com

*Attorneys for Plaintiff*

2