**UNITED STATES DISCTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

WHITE OAK GLOBAL ADVISORS, LLC

                Plaintiff,

    - against -

THOMAS M. CLARKE, *et al*,

                Defendants.

Case No. 24-CV-2128-JSR

## NOTICE OF MOTION

      PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, Statement of Undisputed Facts Pursuant to Rule 56.1 of the Local Civil Rules for the Southern District of New York, and the Declaration of Barbara McKee, with exhibits, White Oak Global Advisors, LLC ("White Oak," or "Plaintiff") will move this Court before the Honorable Jed S. Rakoff, at the courthouse located at 500 Pearl Street, Courtroom 14B, New York, New York, for an order granting Plaintiff's request for summary judgment.

      PLEASE TAKE FURTHER NOTICE that pursuant to the Initial Pretrial Telephonic Conference held on May 29, 2024, the opposition to Plaintiff's motion by Thomas M. Clarke, individually and as trustee for Thomas M. Clarke and Ana M. Clarke 100% JTWROS, Ana M. Clarke individually and as trustee for Thomas M. Clarke and Ana M. Clarke 100% JTWROS, and David Wiley shall be filed no later than June 21, 2024. Plaintiff's reply in support of this motion shall be filed no later than June 28, 2024.

Dated: June 7, 2024
New York, New York

By:    /s/ *Ronald J. Aranoff*
        Ronald J. Aranoff
        James N. Lawlor
        Vincent R. Kappel
        T. Wesley Gibbs

        WOLLMUTH MAHER & DEUTSCH LLP
        500 Fifth Avenue, Fl. 12
        New York, New York 10110
        Phone: (212) 382-3300
        Fax: (212) 382-0050
        raranoff@wmd-law.com
        jlawlor@wmd-law.com
        vkappel@wmd-law.com
        wgibbs@wmd-law.com

        *Attorneys for Plaintiff*

2