# Exhibit C

Article about the GeoQuip

Europe    Offshore    Renewables

# Geoquip Marine expands fleet



Adis Ajdin  •  August 4, 2022    510    1 minute read



Geoquip Marine

Swiss-based offshore geotechnical data acquisition specialist Geoquip Marine has bolstered its fleet with the acquisition of a 2002-built integrated geotechnical survey vessel (IGSV), Geoquip Elena.

The Norwegian-built dive support vessel, formerly known as *Global Orion*, was purchased from Ranger Offshore for an undisclosed sum and is set to convert into a specialist deep push cone penetration testing vessel to meet the growing demand from offshore wind farm developers, particularly in Europe and North America.

"The company has experienced tremendous growth in the last few years and the demand for offshore wind power continues to gather greater momentum. The extra capacity the vessel provides will significantly reduce waiting times for developers in these areas," said Stewart Higginson, chief executive of Geoquip Marine.

The *Geoquip Elena* joins five other DP2 and four-point moored vessels in the company's fleet, which provide a range of offshore geotechnical survey services.

#Offshore Wind    #Switzerland