# Exhibit D

Article about the Hedron

(https://www.marinelog.com)

**SUBSCRIBE (HTTPS://SBP.DRAGONFORMS.COM/ML_NEW_DIGITAL)**

February 11, 2022   |   News (Https://Www.Marinelog.Com/Category/News/), Offshore (Https://Www.Marinelog.Com/Category/Offshore/), Oil & Gas (Https://Www.Marinelog.Com/Category/Offshore/Oil-Gas/)

# Alliance Energy boosts its decommissioning capabilities

Written by Nick Blenkey (https://www.marinelog.com/author/nick-blenkey/)

    



Recently added Alliance assets include the 1,760-ton derrick barge Epic Hedron

"Large scale decommissioning of the world's offshore oil and gas infrastructure is here. An estimated $400 billion is expected to be spent in offshore decommissioning through 2050," says Steve Williams, founder and CEO of the Houma, La.-based Alliance Energy Group, an offshore energy infrastructure services company that specializes in decommissioning and reclamation.

SUBSCRIBE (HTTPS://SBP.DRAGONFORMS.COM/ML_NEW_DIGITAL) (https://www.marinelog.com/)

"The work we do is purposeful," says Williams. "As the world transitions away from fossil fuels, we have to find a way to balance between supporting the delivery of affordable and reliable energy, and preserving and restoring our coastlines and oceans for future generations. We have provided environmental stewardship and safe, reliable offshore services for decades, and want Alliance to be the partner of choice for responsible end-of-life offshore asset decommissioning for the next 30 years."

Alliance has recently added to its capabilities with three major asset acquisitions and has booked another multi-year Gulf of Mexico order.

The newest assets added by Alliance are the 1,760-ton derrick barge *Epic Hedron* and two 265 Class liftboats.

## EPIC HEDRON

Alliance describes the *Epic Hedron* (formerly the *Tetra Hedron*) as the "newest, most modern asset of its class in the Gulf of Mexico," offering a helideck and accommodations for 300 persons on board. The derrick barge adds to Alliance's capabilities for delivering comprehensive, engineered heavy lifting solutions, including: i) construction for platform rigs, helidecks and offshore wind; ii) installation of jackets, piles, decks and facilities; and iii) the removal, salvage, and recycling of offshore oil and gas facilities, platforms, and structures.

Triton Offshore, Alliance's commercial diving and heavy lift division, had been chartering the *Epic Hedron* from a third party, and in August 2021, Triton acquired the asset from its owner.

## NEW LIFTBOATS

Alliance has replaced two of its smallest liftboats with two 265 class liftboats, which are among the largest liftboats available in the U.S. The L/B *Miami* (formerly the *Seacor Influence*) and its sister ship the L/B *Dallas* (formerly the *Seacor Respect*), each offer 265 foot legs, a 200 tp main crane, helideck and accommodations for 44 persons on board. These vessels extend Alliance's liftboat capabilities to water depths up to 200 feet, and are well suited for: i) offshore construction; ii) infrastructure maintenance and repair; iii) energy production support; iv) offshore wind; and v) removal, salvage and recycling of smaller offshore platforms and structures. The L/B *Miami* and L/B *Dallas* were acquired in June and December 2021, respectively.

Alliance currently owns and operates 10 liftboats which can service more than 85% of the platforms in the Gulf of Mexico.

## MAJOR PROJECT

Noting that "recent events have led to a substantial increase in the demand for retirement of energy infrastructure assets, particularly in the U.S.," Alliance reports that it was recently awarded a large, multi-year decommissioning project, in connection with one of the largest D&R campaigns in the history of the Gulf of Mexico. Under this contract, Alliance's well services division, Alliance Energy Services (AES), will be providing a comprehensive D&R solution which includes:

SUBSCRIBE (HTTPS://SBP.DRAGONFORMS.COM/ML_NEW_DIGITAL) (https://www.marinelog.com/)

- vendor on premise staffing to provide engineering, permitting, project management, cost accounting and reporting capabilities on site for its client; and

- the full suite of mission critical offshore D&R execution services, including well P&A, coiled tubing, specialty cutting, liftboats, crewboats, OSVs, DSVs and heavy lift derrick barges.

Alliance says the project substantially increases its existing backlog of D&R work, confirming its position as a leading provider of high-quality, offshore energy infrastructure liability management in the U.S.

Categories: News (https://www.marinelog.com/category/news/), Offshore (https://www.marinelog.com/category/offshore/), Oil & Gas (https://www.marinelog.com/category/offshore/oil-gas/)
Tags: Alliance Energy (https://www.marinelog.com/tag/alliance-energy/), barge (https://www.marinelog.com/tag/barge/), decommissioning (https://www.marinelog.com/tag/decommissioning/), derrick barge (https://www.marinelog.com/tag/derrick-barge/), Epic Hedron (https://www.marinelog.com/tag/epic-hedron/), liftboat (https://www.marinelog.com/tag/liftboat/), offshore (https://www.marinelog.com/tag/offshore/), Triton Offshore (https://www.marinelog.com/tag/triton-offshore/)

# RELATED ARTICLES



May 09, 2024 | News (Https://Www.Marinelog.Com/Category/News/), Shipping (Https://Www.Marinelog.Com/Category/Legal/Shipping/)

**Stena Line boosts the capacity of two RO/RO freight ferries (https://www.marinelog.com/legal/shipping/stena-line-boosts-the-capacity-of-two-ro-ro-freight-ferries/)** (https://www.marinelog.com/legal/shipping/stena-line-boosts-the-capacity-of-two-ro-ro-freight-ferries/)



May 09, 2024 | Compliance (Https://Www.Marinelog.Com/Category/Legal/Compliance/), Environment (Https://Www.Marinelog.Com/Category/Legal/Environment/), Legal (Https://Www.Marinelog.Com/Category/Legal/), News (Https://Www.Marinelog.Com/Category/News/), Shipping (Https://Www.Marinelog.Com/Category/Legal/Shipping/)

**Two tanker engineers plead guilty to pollution charges (https://www.marinelog.com/legal/two-tanker-engineers-plead-guilty-to-pollution-charges/)** (https://www.marinelog.com/legal/two-tanker-engineers-plead-guilty-to-pollution-charges/)

**SUBSCRIBE (HTTPS://SBP.DRAGONFORMS.COM/ML_NEW_DIGITAL)**



May 09, 2024 | News (Https://Www.Marinelog.Com/Category/News/), Technology (Https://Www.Marinelog.Com/Category/Technology/)

### Amogy ammonia-to-power solution gains ABS NTQ recognition (https://www.marinelog.com/technology/amogy-ammonia-to-power-solution-gains-abs-ntq-recognition/)



May 09, 2024 | News (Https://Www.Marinelog.Com/Category/News/), Offshore (Https://Www.Marinelog.Com/Category/Offshore/), Offshore Wind (Https://Www.Marinelog.Com/Category/Offshore/Offshore-Wind/), Oil & Gas (Https://Www.Marinelog.Com/Category/Offshore/Oil-Gas/)

### Island Offshore orders innovative ocean energy construction vessel (https://www.marinelog.com/offshore/island-offshore-orders-innovative-ocean-energy-construction-vessel/)

May 09, 2024 | News (Https://Www.Marinelog.Com/Category/News/), Safety And Security (Https://Www.Marinelog.Com/Category/Legal/Safety-And-Security/), Salvage (Https://Www.Marinelog.Com/Category/Legal/Environment/Salvage/)

### VIDEO: Precision explosive charges will be used to cut bridge section pinning Dali (https://www.marinelog.com/legal/environment/salvage/video-precision-explosive-charges-will-be-used-to-cut-bridge-section-pinning-dali/)

## SUBSCRIBE TO MARINE DAILY NEWSLETTER

Email Address

Country

Select One

Submit

(https://www.marinelog.com)

SUBSCRIBE (HTTPS://SBP.DRAGONFORMS.COM/ML_NEW_DIGITAL)



(https://flickread.com/edition/html/6613b2815ed5d#1)

April 2024 (https://www.marinelog.com/category/magazine/)

## POPULAR ARTICLES

- Bipartisan group of lawmakers releases roadmap for revitalizing U.S. maritime (https://www.marinelog.com/news/bipartisan-group-of-lawmakers-releases-roadmap-for-revitalizing-u-s-maritime/)

- GAO reports on problems plaguing top Coast Guard shipbuilding programs (https://www.marinelog.com/news/gao-reports-on-problems-plaguing-top-coast-guard-shipbuilding-programs/)

- Kodiak Enterprise fire report faults fire detection and notification system (https://www.marinelog.com/legal/safety-and-security/kodiak-enterprise-fire-report-faults-fire-detection-and-notification-system/)

- VIDEO: Precision explosive charges will be used to cut bridge section pinning Dali (https://www.marinelog.com/legal/environment/salvage/video-precision-explosive-charges-will-be-used-to-cut-bridge-section-pinning-dali/)

- Bollinger starts building ULA's new SpaceShip (https://www.marinelog.com/shipbuilding/shipyards/shipyard-news/bollinger-starts-building-ulas-new-spaceship/)

- Ship Repair USA: Pitfalls in vessel construction and repair contracts (https://www.marinelog.com/shipbuilding/ship-repair-usa-pitfalls-in-vessel-construction-and-repair-contracts/)

SUBSCRIBE (HTTPS://SBP.DRAGONFORMS.COM/ML_NEW_DIGITAL)

## FEATURED CONFERENCE



(https://www.marinelog.com/shiprepairusa2024/)

**Ship Repair USA 2024 (https://www.marinelog.com/shiprepairusa2024/)**

### SECTIONS

- News (https://www.marinelog.com/category/news/)
- Shipyards (https://www.marinelog.com/category/shipbuilding/shipyards/)
- Offshore (https://www.marinelog.com/category/offshore/)
- Inland and Coastal (https://www.marinelog.com/category/inland-coastal/)
- Conferences (https://www.marinelog.com/category/events/conferences/)
- Technology (https://www.marinelog.com/category/technology/)
- Podcasts (https://www.marinelog.com/category/podcasts/)

### ABOUT US

- About Us (https://www.marinelog.com/history/)
- Advertising (/marine-log-media-kit-2/)
- Buyer's Guide (https://www.marinelogbuyersguide.com/)
- Classifieds (https://www.marinelog.com/marketplace/)

- Contact Us (/contact-us-2/)

- Privacy Policy (http://www.simmonsboardman.com/privacy-policy) (https://www.marinelog.com)

- Simmons-Boardman (http://simmonsboardman.com/)

SUBSCRIBE (HTTPS://SBP.DRAGONFORMS.COM/ML_NEW_DIGITAL)

## CONNECT WITH US

- Subscribe (https://sbp.dragonforms.com/ML_new_digital)

- Magazine (/magazine/)

- Subscription Services (https://sbp.dragonforms.com/ML_account)

- Newsletters (https://sbp.dragonforms.com/ML_NLpref&pk=MLNWS)

- Facebook (https://www.facebook.com/pages/Marine-Log-Magazine/186232438063442)

- LinkedIn (https://www.linkedin.com/groups/2364907/)

- Twitter (https://www.twitter.com/MarineLog)

## RESOURCES

- Podcasts (https://www.marinelog.com/category/podcasts/)

- Video (https://www.marinelog.com/category/video/)

- Trade Shows & Events (/events/list/?tribe_event_display=list&tribe_paged=1)

Copyright © 2024 Simmons-Boardman Publishing Inc.