# Islam Declaration

# Exhibit 3

**Austal Real Estate Sale Application of Funds**

| | Sale Assumptions | |
|---|---|---:|
| | Austal Sale Proceeds | 32,419,693.34 |
| | Less: Tax Holdback | (7,050,000.00) |
| | **Net Proceeds To White Oak** | **25,369,693.34** |
| | Amount to Accrued Interest | 78,738.65 |
| | Amount to Principal | 25,290,954.69 |

### Principal

| Tranche / Investor | 4/17 Balance | Proceeds Applied | Pro Forma |
|---|---:|---:|---:|
| **3rd Protective Advance (W00010011)** | **1,972,815.21** | **904,898.19** | **1,067,917.02** |
| Fund 1 | 1,972,815.21 | 904,898.19 | 1,067,917.02 |
| **5th Protective Advance (W00010012)** | **2,200,000.00** | **1,009,104.15** | **1,190,895.85** |
| Fund 1 | 2,200,000.00 | 1,009,104.15 | 1,190,895.85 |
| **6th Protective Advance (W00010098)** | **4,000,000.00** | **1,834,734.81** | **2,165,265.19** |
| Fund 2 | 246,705.00 | 113,159.56 | 133,545.44 |
| Fund 1 | 1,240,354.00 | 568,930.17 | 671,423.83 |
| Fund 3 | 2,419,631.48 | 1,109,845.53 | 1,309,785.95 |
| Fund 4 | 93,309.52 | 42,799.56 | 50,509.96 |
| **7th Amendment Term Loan (W00010115)** | **15,020,000.00** | **-** | **15,020,000.00** |
| Fund 5 | 965,081.33 | - | 965,081.33 |
| Fund 2 | 755,449.05 | - | 755,449.05 |
| Fund 1 | 5,604,444.11 | - | 5,604,444.11 |
| Fund 3 | 7,409,296.78 | - | 7,409,296.78 |
| Fund 4 | 285,728.72 | - | 285,728.72 |
| **Term Loan (W00010013)** | **46,965,299.59** | **21,542,217.54** | **25,423,082.05** |
| Fund 5 | 3,748,983.70 | 1,719,597.73 | 2,029,385.97 |
| Fund 2 | 2,934,639.81 | 1,346,071.46 | 1,588,568.35 |
| Fund 1 | 10,389,351.03 | 4,765,426.00 | 5,623,925.03 |
| Fund 3 | 28,782,374.78 | 13,202,006.25 | 15,580,368.53 |
| Fund 4 | 1,109,950.27 | 509,116.10 | 600,834.17 |
| **Total** | **70,158,114.80** | **25,290,954.69** | **44,867,160.11** |
| Check 1 | - | - | - |
| Check 2 | - | - | - |

### Accrued Interest

| Tranche / Investor | 4/17 Balance | Proceeds Applied | Pro Forma |
|---|---:|---:|---:|
| **3rd Protective Advance (W00010011)** | **9,316.07** | **4,273.13** | **5,042.94** |
| Fund 1 | 9,316.07 | 4,273.13 | 5,042.94 |
| **5th Protective Advance (W00010012)** | **10,388.89** | **4,765.21** | **5,623.67** |
| Fund 1 | 10,388.89 | 4,765.21 | 5,623.67 |
| **6th Protective Advance (W00010098)** | **18,888.89** | **8,664.03** | **10,224.86** |
| Fund 2 | 1,165.00 | 534.36 | 630.63 |
| Fund 1 | 5,857.23 | 2,686.61 | 3,170.61 |
| Fund 3 | 11,426.04 | 5,240.94 | 6,185.10 |
| Fund 4 | 440.63 | 202.11 | 238.52 |
| **7th Amendment Term Loan (W00010115)** | **42,556.67** | **-** | **42,556.67** |
| Fund 5 | 2,734.40 | - | 2,734.40 |
| Fund 2 | 2,140.44 | - | 2,140.44 |
| Fund 1 | 15,879.26 | - | 15,879.26 |
| Fund 3 | 20,993.01 | - | 20,993.01 |
| Fund 4 | 809.56 | - | 809.56 |
| **Term Loan (W00010013)** | **133,068.35** | **61,036.28** | **72,032.07** |
| Fund 5 | 10,622.12 | 4,872.19 | 5,749.93 |
| Fund 2 | 8,314.81 | 3,813.87 | 4,500.94 |
| Fund 1 | 29,436.49 | 13,502.04 | 15,934.45 |
| Fund 3 | 81,550.06 | 37,405.68 | 44,144.38 |
| Fund 4 | 3,144.86 | 1,442.50 | 1,702.36 |
| **Total** | **214,218.87** | **78,738.65** | **135,480.21** |
| Check 1 | - | - | - |