# Islam Declaration

# Exhibit 4



White Oak Global Advisors
3 Embarcadero Center, 5th Floor
San Francisco, CA 94111

# Activity Memo

### *** Payment Notice ***

| **To:** | Kyle Landau | **From:** | Acquiom Agency Services Loan Agency Team |
| | Alabama Shipyard, LLC | | SubAgent for White Oak Global Advisors, LLC |
| Phone: | | Phone: | |
| Fax: | | Fax: | |
| Email: | klandau@whiteoaksf.com | Email: | srswoagency@whiteoaksf.com |

| Issuer: | Alabama Shipyard, LLC | Bank Deal: | Alabama Shipyard, LLC |
| MEI: | WO2000 | CUSIP: | |
| | | Effective Date: | 4/18/2023 |

## 3rd Protective Advance (W00010011)

### Contract(s)

| Activity | Global Amount | Borrower Amount | Accrual Period | Basis | All-In-Rate | Cash Amount |
|---|---|---|---|---|---|---|
| FIXED Contract : 47 (USD) (FIXED) | | Maturity Date: 5/1/2023 | | | | |
| Paydown | | | | | | |
| *Principal* | 904,898.19 | 904,898.19 | 4/1/2023 - 5/1/2023 | ACT/360 | 10.00000% | 904,898.19 |
| *Interest* | 904,898.19 | 904,898.19 | 4/1/2023 - 4/18/2023 | 17/360 | 10.00000% | 4,273.13 |
| **Total Principal and Interest/Fees - 3rd Protective Advance (W00010011) (USD):** | | | | | | 909,171.32 |

## 5th Protective Advance (W00010012)

### Contract(s)

| Activity | Global Amount | Borrower Amount | Accrual Period | Basis | All-In-Rate | Cash Amount |
|---|---|---|---|---|---|---|
| FIXED Contract : 47 (USD) (FIXED) | | Maturity Date: 5/1/2023 | | | | |
| Paydown | | | | | | |
| *Principal* | 1,009,104.15 | 1,009,104.15 | 4/1/2023 - 5/1/2023 | ACT/360 | 10.00000% | 1,009,104.15 |
| *Interest* | 1,009,104.15 | 1,009,104.15 | 4/1/2023 - 4/18/2023 | 17/360 | 10.00000% | 4,765.21 |
| **Total Principal and Interest/Fees - 5th Protective Advance (W00010012) (USD):** | | | | | | 1,013,869.36 |



**White Oak Global Advisors**
3 Embarcadero Center, 5th Floor
San Francisco, CA 94111

# Activity Memo

### *** Payment Notice ***

| **To:** | Kyle Landau | **From:** | Acquiom Agency Services Loan Agency Team |
|---|---|---|---|
| | Alabama Shipyard, LLC | | SubAgent for White Oak Global Advisors, LLC |
| Phone: | | Phone: | |
| Fax: | | Fax: | |
| Email: | klandau@whiteoaksf.com | Email: | srswoagency@whiteoaksf.com |

| Issuer: | Alabama Shipyard, LLC | Bank Deal: | Alabama Shipyard, LLC |
|---|---|---|---|
| MEI: | WO2000 | CUSIP: | |
| | | Effective Date: | 4/18/2023 |

## 6th Protective Advance (W00010098)

### Contract(s)

| Activity | Global Amount | Borrower Amount | Accrual Period | Basis | All-In-Rate | Cash Amount |
|---|---|---|---|---|---|---|
| FIXED Contract : 47 (USD) (FIXED) | Maturity Date: 5/1/2023 | | | | | |
| Paydown | | | | | | |
| *Principal* | 1,834,734.81 | 1,834,734.81 | 4/1/2023 - 5/1/2023 | ACT/360 | 10.00000% | 1,834,734.81 |
| *Interest* | 1,834,734.81 | 1,834,734.81 | 4/1/2023 - 4/18/2023 | 17/360 | 10.00000% | 8,664.03 |
| **Total Principal and Interest/Fees - 6th Protective Advance (W00010098) (USD):** | | | | | | **1,843,398.84** |

## Term Loan (W00010013)

### Contract(s)

| Activity | Global Amount | Borrower Amount | Accrual Period | Basis | All-In-Rate | Cash Amount |
|---|---|---|---|---|---|---|
| FIXED Contract : 47 (USD) (FIXED) | Maturity Date: 5/1/2023 | | | | | |
| Paydown | | | | | | |
| *Principal* | 21,542,217.54 | 21,542,217.54 | 4/1/2023 - 5/1/2023 | ACT/360 | 6.00000% | 21,542,217.54 |
| *Interest* | 21,542,217.54 | 21,542,217.54 | 4/1/2023 - 4/18/2023 | 17/360 | 6.00000% | 61,036.28 |
| **Total Principal and Interest/Fees - Term Loan (W00010013) (USD):** | | | | | | **21,603,253.82** |

**Notes**:

**White Oak Global Advisors**
3 Embarcadero Center, 5th Floor
San Francisco, CA 94111

# Activity Memo

### *** Payment Notice ***

| | | | |
|---|---|---|---|
| **To:** | Kyle Landau<br>Alabama Shipyard, LLC | **From:** | Acquiom Agency Services Loan Agency Team<br>SubAgent for White Oak Global Advisors, LLC |
| Phone: | | Phone: | |
| Fax: | | Fax: | |
| Email: | klandau@whiteoaksf.com | Email: | srswoagency@whiteoaksf.com |

| | | | |
|---|---|---|---|
| Issuer: | Alabama Shipyard, LLC | Bank Deal: | Alabama Shipyard, LLC |
| MEI: | WO2000 | CUSIP: | |
| | | Effective Date: | 4/18/2023 |

**USD wire instructions for SubAgent for White Oak Global Advisors, LLC**          **USD 25,369,693.34**

\*\* Wire instructions are missing for the Bank Deal \*\*

Reference:   Alabama Shipyard, LLC
Comments: