# Islam Declaration

# Exhibit 6

**Navarro Orion Repayment August 2022**

**From SRS**

| Pmt. Date | Interest | Principal | Total | |
|---|---:|---:|---:|---:|
| 8/9/2022 | 699,938 | 4,774,167 | **5,474,105** | (0.00) |
| 8/25/2022 | 592 | 308,877 | **309,469** | 0.00 |
| 8/29/2022 | 14,465 | 5,985,535 | **6,000,000** | - |
| **Total** | **714,995** | **11,068,578** | **11,783,573** | |

**From GW AP Tracking Spreadsheet**

| Pmt. Date | Interest | Principal | Total | Delta from SRS |
|---|---:|---:|---:|---:|
| 8/9/2022 | - | 5,474,105 | **5,474,105** | (0) |
| 8/25/2022 | 309,469 | | **309,469** | (0) |
| 8/29/2022 | | 6,000,000 | **6,000,000** | - |
| | 309,469 | 11,474,105 | **11,783,573** | |
| **Delta from SRS** | 405,526 | (405,526) | (0) | |

**Initial Term**

| Lender | Current Commitment | Current % | Outstanding Interest (2/2022-8/1/2022) | Interest 8/1-8/3 on principal paid down | Amount Received 8/3/2022 | Remaining Balance to Paydown Principal | Total to disburse |
|---|---:|---:|---:|---:|---:|---:|---:|
|  |  |  | 239,389.14 |  | 1,193.54 |  |  |
|  |  |  |  |  |  | 5,474,104.56 | 4,774,166.58 |
| Fund 5 | 1,081,648.81 | 7.982% | 19,109.13 | 48,624.12 | 95.27 | 381,095.68 | **429,815.07** |
| Fund 2 | 846,696.04 | 6.249% | 14,958.30 | 38,062.13 | 74.58 | 298,315.13 | **336,451.83** |
| Fund 1 | 2,997,513.49 | 22.121% | 52,956.07 | 224,356.28 | 264.03 | 1,056,109.36 | **1,280,729.67** |
| Fund 3 | 8,304,229.62 | 61.284% | 146,708.06 | 373,305.91 | 731.45 | 2,925,816.57 | **3,299,853.93** |
| Fund 4 | 320,240.50 | 2.363% | 5,657.58 | 14,396.00 | 28.21 | 112,829.85 | **127,254.05** |
|  | **13,550,328.45** |  | **239,389.14** | **698,744.44** | **1,193.54** | **4,774,166.58** | **5,474,104.56** |

| | | | Interest 8/1-8/23 on principal paid down | Amount Received 8/23/2022 | Remaining Balance to Paydown Principal | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Initial Term** | | | | | | | | | |
| | | | | 309,468.57 | 308,876.56 | **Total to disburse** | | Goal Seek Check | |
| Lender | Current Commitment | Current % | 592.01 | | | | | | |
| | | | | | | | | | Amounts received |
| Fund 5 | 700,553.13 | 7.982% | 47.26 | | 24,655.93 | 24,703.19 | Principal | 308,876.56 | 220,024.79 |
| Fund 2 | 548,380.91 | 6.249% | 36.99 | | 19,300.24 | 19,337.23 | Interest | 592.01 | 89,443.78 |
| Fund 1 | 1,941,404.13 | 22.121% | 130.96 | | 68,327.62 | 68,458.58 | Total Payment | 309,468.57 | 309,468.57 |
| Fund 3 | 5,378,413.05 | 61.284% | 362.81 | | 189,292.96 | 189,655.78 | | | |
| Fund 4 | 207,410.65 | 2.363% | 13.99 | | 7,299.81 | 7,313.80 | | | |
| | **8,568,751.22** | | **592.01** | | **308,876.56** | **309,468.57** | | | |
| | | | | | | | | | |
| **Fifth Amendment** | | | | | | | | | 309,486.57 |
| | | | | | | | | | 18.00 |
| Lender | Current Commitment | Current % | | | | 309,468.57 | | | |
| Fund 5 | 1,670,660.12 | 6.425% | | | 309,468.57 | | | | |
| Fund 2 | 1,307,763.98 | 5.030% | | | 3% | | | | |
| Fund 1 | 9,701,898.68 | 37.313% | | | 25.79 per diem | 308,876.56 | | | |
| Fund 3 | 12,826,293.80 | 49.330% | | | | | | | |
| Fund 4 | 494,627.30 | 1.902% | | | Interest on Paydown Amount | | | | |
| | | | | | | 592.01 | | | |
| | **26,001,243.87** | | | | | | | | |

**Initial Term**

|  |  |  | Interest 8/1-8/29 (to and including) on principal paid down | Amount Received 8/29/2022 | Remaining Balance to Paydown Principal |  |  |  |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  | 6,000,000.00 | 5,985,534.96 | **Total to disburse** |  | Goal Seek Check |
| Lender | Current Commitment | Current % | 14,465.04 |  |  |  |  |  |
| Fund 5 | 675,897.20 | 7.982% | 1,154.67 |  | 477,792.61 | 478,947.27 | Principal | 5,985,534.96 |
| Fund 2 | 529,080.68 | 6.249% | 903.85 |  | 374,007.82 | 374,911.67 | Interest | 14,465.04 |
| Fund 1 | 1,873,076.51 | 22.121% | 3,199.86 |  | 1,324,080.21 | 1,327,280.07 | Total Payment | 6,000,000.00 |
| Fund 3 | 5,189,120.08 | 61.284% | 8,864.81 |  | 3,668,195.71 | 3,677,060.51 |  |  |
| Fund 4 | 200,110.85 | 2.363% | 341.86 |  | 141,458.62 | 141,800.47 |  |  |
|  | **8,467,285.31** |  | **14,465.04** |  | **5,985,534.96** | **6,000,000.00** |  |  |

**Fifth Amendment**

| Lender | Current Commitment | Current % |  |  |  | 6,000,000.00 |
|---|---|---|---|---|---|---|
| Fund 5 | 1,670,660.12 | 6.425% |  |  | 6,000,000.00 |  |
| Fund 2 | 1,307,763.98 | 5.030% |  |  | 3% |  |
| Fund 1 | 9,701,898.68 | 37.313% |  |  | 500.00  per diem | 5,985,500.00 |
| Fund 3 | 12,826,293.80 | 49.330% |  |  |  |  |
| Fund 4 | 494,627.30 | 1.902% |  |  | Interest on Paydown Amount |  |
|  |  |  |  |  |  | 5,985,500.00 |
|  | **26,001,243.87** |  |  |  | 498.79  per diem |  |
|  |  |  |  |  | 14,500.00 |  |

| Date Received | Due Date | Invoice Date | Invoice Number | Vendor | Description | Cost | Tax | Total Due (USD) | Approved by | Bank | Amount Paid | Balance Due | Payment Made | Transaction ID | imentation on Drop | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/6/2022 | Upon Receipt | 7/6/2022 | NAVARRO_072022 | White Oak Global Advisors, LLC | Loan Servicing Fee for the period of 7/22 | $47,000.00 | $0.00 | $47,000.00 | G. Wagner | Navarro | $47,000.00 | $0.00 | 8/2/2022 | | Yes | |
| N/A | N/A | N/A | N/A | White Oak | Principal Payment | $5,474,104.56 | $0.00 | $5,474,104.56 | G. Wagner | Navarro | $5,474,104.56 | $0.00 | 8/3/2022 | | Yes | |
| 8/18/2022 | 8/1/2022 | 8/18/2022 | N/A | White Oak (SRS Acquiom) | PIK Interest for 9/1 | $220,024.79 | $0.00 | $220,024.79 | G. Wagner | Navarro | $220,024.79 | $0.00 | 8/23/2022 | | Yes | |
| 8/18/2022 | 8/1/2022 | 8/18/2022 | N/A | White Oak | Interest - 8/1/2022 - 9/1/2022 | $89,443.78 | $0.00 | $89,443.78 | G. Wagner | Navarro | $89,443.78 | $0.00 | 8/23/2022 | | Yes | |
| N/A | N/A | N/A | N/A | White Oak | Principal Payment | $6,000,000.00 | $0.00 | $6,000,000.00 | G. Wagner | Navarro | $6,000,000.00 | $0.00 | 8/29/2022 | | Yes | |

| | | |
|---|---:|---:|
| White Oak Principal and Interest | $ | 11,830,573 |
| ASY Interest | $ | 70,517 |
| ASY Principal | $ | 1,828,000 |
| ASY Service | $ | 382,212 |
| Legal Fees | $ | 267,310 |
| Legal Fees - Arbitation | $ | 120,922 |
| Clarksons Commission | $ | 340,000 |
| Payroll and 2021 Bonus | $ | 309,980 |
| Orion Sale Bonus | $ | 475,000 |
| Mexico Taxes | $ | 709,147 |
| Payroll & Severance | $ | 426,416 |
| Mexico Support Services | $ | 61,848 |
| | $ | 16,821,926 |