# Islam Declaration

# Exhibit 7



**White Oak Global Advisors**
3 Embarcadero Center, 5th Floor
San Francisco, CA 94111

# Activity Memo

### *** Payment Notice ***

| **To:** | William Gotcher | **From:** | Acquiom Agency Services Loan Agency Team |
|---|---|---|---|
| | Navarro Capital Partners, LLC | | Sub-Agent for White Oak Global Advisors LLC |
| Phone: | | Phone: | |
| Fax: | | Fax: | |
| Email: | wgotcher@whiteoaksf.com | Email: | srswoagency@whiteoaksf.com |

| Issuer: | Navarro Capital Partners, LLC | Bank Deal: | Navarro Capital Partners, LLC |
|---|---|---|---|
| MEI: | WO3400 | CUSIP: | |
| | | Effective Date: | 8/3/2022 |

## Fifth Amendment Term Loan (W00010117)

### *Contract(s)*

| Activity | Global Amount | Borrower Amount | Accrual Period | Basis | All-In-Rate | Cash Amount |
|---|---|---|---|---|---|---|
| **FIXED Contract : 23 (USD) (FIXED)** | **Maturity Date: 2/1/2022** | | | | | |
| Interest | | | | | | |
| *Interest* | 26,001,243.87 | 26,001,243.87 | 1/1/2022 - 2/1/2022 | 31/360 | 3.00000% | 67,169.88 |
| **FIXED Contract : 24 (USD) (FIXED)** | **Maturity Date: 3/1/2022** | | | | | |
| Interest | | | | | | |
| *Interest* | 26,001,243.87 | 26,001,243.87 | 2/1/2022 - 3/1/2022 | 28/360 | 3.00000% | 60,669.57 |
| **FIXED Contract : 25 (USD) (FIXED)** | **Maturity Date: 4/1/2022** | | | | | |
| Interest | | | | | | |
| *Interest* | 26,001,243.87 | 26,001,243.87 | 3/1/2022 - 4/1/2022 | 31/360 | 3.00000% | 67,169.88 |
| **FIXED Contract : 26 (USD) (FIXED)** | **Maturity Date: 5/1/2022** | | | | | |
| Interest | | | | | | |
| *Interest* | 26,001,243.87 | 26,001,243.87 | 4/1/2022 - 5/1/2022 | 30/360 | 3.00000% | 65,003.11 |
| **FIXED Contract : 27 (USD) (FIXED)** | **Maturity Date: 6/1/2022** | | | | | |
| Interest | | | | | | |
| *Interest* | 26,001,243.87 | 26,001,243.87 | 5/1/2022 - 6/1/2022 | 31/360 | 3.00000% | 67,169.88 |
| **FIXED Contract : 28 (USD) (FIXED)** | **Maturity Date: 7/1/2022** | | | | | |
| Interest | | | | | | |
| *Interest* | 26,001,243.87 | 26,001,243.87 | 6/1/2022 - 7/1/2022 | 30/360 | 3.00000% | 65,003.11 |
| **FIXED Contract : 29 (USD) (FIXED)** | **Maturity Date: 8/1/2022** | | | | | |
| Interest | | | | | | |



White Oak Global Advisors
3 Embarcadero Center, 5th Floor
San Francisco, CA 94111

# Activity Memo

### *** Payment Notice ***

| **To:** | William Gotcher | **From:** | Acquiom Agency Services Loan Agency Team |
|---|---|---|---|
|  | Navarro Capital Partners, LLC |  | Sub-Agent for White Oak Global Advisors LLC |
| Phone: |  | Phone: |  |
| Fax: |  | Fax: |  |
| Email: | wgotcher@whiteoaksf.com | Email: | srswoagency@whiteoaksf.com |

| Issuer: | Navarro Capital Partners, LLC | Bank Deal: | Navarro Capital Partners, LLC |
|---|---|---|---|
| MEI: | WO3400 | CUSIP: |  |
|  |  | Effective Date: | 8/3/2022 |

| Activity | Global Amount | Borrower Amount | Accrual Period | Basis | All-In-Rate | Cash Amount |
|---|---|---|---|---|---|---|
| *Interest* | 26,001,243.87 | 26,001,243.87 | 7/1/2022 - 8/1/2022 | 31/360 | 3.00000% | 67,169.88 |
| **Total Principal and Interest/Fees - Fifth Amendment Term Loan (W00010117) (USD):** | | | | | | 459,355.31 |

## Initial Term Loan (W00010025)

### *Contract(s)*

| Activity | Global Amount | Borrower Amount | Accrual Period | Basis | All-In-Rate | Cash Amount |
|---|---|---|---|---|---|---|
| **FIXED Contract : 29 (USD) (FIXED)** | **Maturity Date: 2/1/2022** | | | | | |
| Interest | | | | | | |
| *Interest* | 13,550,328.45 | 13,550,328.45 | 1/1/2022 - 2/1/2022 | 31/360 | 3.00000% | 35,005.02 |
| **FIXED Contract : 30 (USD) (FIXED)** | **Maturity Date: 3/1/2022** | | | | | |
| Interest | | | | | | |
| *Interest* | 13,550,328.45 | 13,550,328.45 | 2/1/2022 - 3/1/2022 | 28/360 | 3.00000% | 31,617.43 |
| **FIXED Contract : 31 (USD) (FIXED)** | **Maturity Date: 4/1/2022** | | | | | |
| Interest | | | | | | |
| *Interest* | 13,550,328.45 | 13,550,328.45 | 3/1/2022 - 4/1/2022 | 31/360 | 3.00000% | 35,005.02 |
| **FIXED Contract : 32 (USD) (FIXED)** | **Maturity Date: 5/1/2022** | | | | | |
| Receive Accrued Interest | | | | | | |
| *Interest* | 13,550,328.45 | 13,550,328.45 | 4/1/2022 - 5/1/2022 | 30/360 | 3.00000% | 33,875.82 |
| **FIXED Contract : 33 (USD) (FIXED)** | **Maturity Date: 6/1/2022** | | | | | |
| Interest | | | | | | |
| *Interest* | 13,550,328.45 | 13,550,328.45 | 5/1/2022 - 6/1/2022 | 31/360 | 3.00000% | 35,005.02 |



**White Oak Global Advisors**
3 Embarcadero Center, 5th Floor
San Francisco, CA 94111

# Activity Memo

### *** Payment Notice ***

| **To:** | William Gotcher | **From:** | Acquiom Agency Services Loan Agency Team |
| | Navarro Capital Partners, LLC | | Sub-Agent for White Oak Global Advisors LLC |
| Phone: | | Phone: | |
| Fax: | | Fax: | |
| Email: | wgotcher@whiteoaksf.com | Email: | srswoagency@whiteoaksf.com |

| Issuer: | Navarro Capital Partners, LLC | Bank Deal: | Navarro Capital Partners, LLC |
| MEI: | WO3400 | CUSIP: | |
| | | Effective Date: | 8/3/2022 |

| Activity | Global Amount | Borrower Amount | Accrual Period | Basis | All-In-Rate | Cash Amount |
|---|---|---|---|---|---|---|
| **FIXED Contract : 34 (USD) (FIXED)** | | **Maturity Date: 7/1/2022** | | | | |
| Interest | | | | | | |
| *Interest* | 13,550,328.45 | 13,550,328.45 | 6/1/2022 - 7/1/2022 | 30/360 | 3.00000% | 33,875.82 |
| **FIXED Contract : 35 (USD) (FIXED)** | | **Maturity Date: 8/1/2022** | | | | |
| Interest | | | | | | |
| *Interest* | 13,550,328.45 | 13,550,328.45 | 7/1/2022 - 8/1/2022 | 31/360 | 3.00000% | 35,005.02 |
| **Contract : 36 (USD)** | **Maturity Date: 9/1/2022** | | | | | |
| Paydown | | | | | | |
| *Principal* | 4,774,166.58 | 4,774,166.58 | 8/1/2022 - 9/1/2022 | ACT/360 | 3.00000% | 4,774,166.58 |
| Interest | | | | | | |
| *Interest* | 13,550,328.45 | 13,550,328.45 | 8/1/2022 - 8/3/2022 | 2/360 | 3.00000% | |
| | 8,776,161.87 | 8,776,161.87 | 8/3/2022 - 8/3/2022 | 0/360 | 3.00000% | 1,193.54 |
| **Total Principal and Interest/Fees - Initial Term Loan (W00010025) (USD):** | | | | | | **5,014,749.27** |

**Notes**:

| **USD wire instructions for Sub-Agent for White Oak Global Advisors LLC** | **USD 5,474,104.56** |
|---|---|

** Wire instructions are missing for the Bank Deal **

Reference:    Navarro Capital Partners, LLC
Comments:

Produced by  Wall Street Office                                                                                              Page 3 of 3
Run date 8/10/2022