# Islam Declaration

# Exhibit 9



**White Oak Global Advisors**
3 Embarcadero Center, 5th Floor
San Francisco, CA 94111

# Activity Memo

### *** Payment Notice ***

| **To:** | William Gotcher | **From:** | Acquiom Agency Services Loan Agency Team |
|---|---|---|---|
| | Navarro Capital Partners, LLC | | Sub-Agent for White Oak Global Advisors LLC |
| Phone: | | Phone: | |
| Fax: | | Fax: | |
| Email: | wgotcher@whiteoaksf.com | Email: | srswoagency@whiteoaksf.com |

| Issuer: | Navarro Capital Partners, LLC | Bank Deal: | Navarro Capital Partners, LLC |
|---|---|---|---|
| MEI: | WO3400 | CUSIP: | |
| | | Effective Date: | 8/29/2022 |

## Initial Term Loan (W00010025)

### *Contract(s)*

| Activity | Global Amount | Borrower Amount | Accrual Period | Basis | All-In-Rate | Cash Amount |
|---|---|---|---|---|---|---|
| **Contract : 36 (USD)** | **Maturity Date: 9/1/2022** | | | | | |
| Paydown | | | | | | |
| *Principal* | 5,985,534.96 | 5,985,534.96 | 8/1/2022 - 9/1/2022 | ACT/360 | 3.00000% | 5,985,534.96 |
| *Interest* | 5,985,534.96 | 5,985,534.96 | 8/1/2022 - 8/3/2022 | 2/360 | 3.00000% | |
| | 5,985,534.96 | 5,985,534.96 | 8/3/2022 - 8/23/2022 | 20/360 | 3.00000% | |
| | 5,985,534.96 | 5,985,534.96 | 8/23/2022 - 8/29/2022 | 6/360 | 3.00000% | 13,966.25 |
| **Contract : Additonal day of interest (USD)** | **Maturity Date: 8/29/2022** | | | | | |
| Additonal day of interest | | | | | | |
| *Fees* | | 498.79 | | | | 498.79 |
| **Total Principal and Interest/Fees - Initial Term Loan (W00010025) (USD):** | | | | | | **6,000,000.00** |

**Notes**:

| **USD wire instructions for Sub-Agent for White Oak Global Advisors LLC** | **USD 6,000,000.00** |
|---|---|
| ** Wire instructions are missing for the Bank Deal ** | |
| Reference:  Navarro Capital Partners, LLC | |
| Comments: | |