# Islam Declaration

# Exhibit 11



**White Oak Global Advisors**
3 Embarcadero Center, 5th Floor
San Francisco, CA 94111

# Activity Memo

### *** Payment Notice ***

| **To:** | Oscar Stevenson | **From:** | Acquiom Agency Services Loan Agency Team |
| --- | --- | --- | --- |
| | Navarro Capital Partners, LLC | | Sub-Agent for White Oak Global Advisors LLC |
| Phone: | | Phone: | +1 (612) 380-8424 |
| Fax: | | Fax: | |
| Email: | ostevenson@whiteoaksf.com | Email: | srswoagency@whiteoaksf.com |

| Issuer: | Navarro Capital Partners, LLC | Bank Deal: | Navarro Capital Partners, LLC |
| --- | --- | --- | --- |
| MEI: | WO3400 | CUSIP: | |
| | | Effective Date: | 9/1/2021 |

## Fifth Amendment Term Loan (W00010117)

*Contract(s)*

| Activity | Global Amount | Borrower Amount | Accrual Period | Basis | All-In-Rate | Cash Amount |
| --- | --- | --- | --- | --- | --- | --- |
| **FIXED Contract : 11 (USD) (FIXED)** | **Maturity Date: 2/1/2021** | | | | | |
| Interest | | | | | | |
| *Interest* | | 0.00 | 1/1/2021 - 2/1/2021 | 31/360 | 3.00000% | 7,528.78 |
| **FIXED Contract : 12 (USD) (FIXED)** | **Maturity Date: 3/1/2021** | | | | | |
| Interest | | | | | | |
| *Interest* | 30,117,500.00 | 30,117,500.00 | 2/1/2021 - 3/1/2021 | 28/360 | 3.00000% | 70,274.17 |
| **FIXED Contract : 13 (USD) (FIXED)** | **Maturity Date: 4/1/2021** | | | | | |
| Interest | | | | | | |
| *Interest* | 30,117,500.00 | 30,117,500.00 | 3/1/2021 - 4/1/2021 | 31/360 | 3.00000% | 77,803.54 |
| **FIXED Contract : 14 (USD) (FIXED)** | **Maturity Date: 5/1/2021** | | | | | |
| Interest | | | | | | |
| *Interest* | 30,117,500.00 | 30,117,500.00 | 4/1/2021 - 5/1/2021 | 30/360 | 3.00000% | 75,293.75 |
| **FIXED Contract : 15 (USD) (FIXED)** | **Maturity Date: 6/1/2021** | | | | | |
| Interest | | | | | | |
| *Interest* | 30,117,500.00 | 30,117,500.00 | 5/1/2021 - 6/1/2021 | 31/360 | 3.00000% | 77,803.54 |
| **FIXED Contract : 16 (USD) (FIXED)** | **Maturity Date: 7/1/2021** | | | | | |
| Interest | | | | | | |
| *Interest* | 30,117,500.00 | 30,117,500.00 | 6/1/2021 - 7/1/2021 | 30/360 | 3.00000% | 75,293.75 |
| **FIXED Contract : 17 (USD) (FIXED)** | **Maturity Date: 8/1/2021** | | | | | |
| Interest | | | | | | |



**White Oak Global Advisors**
3 Embarcadero Center, 5th Floor
San Francisco, CA 94111

# Activity Memo

### *** Payment Notice ***

| **To:** | Oscar Stevenson | **From:** | Acquiom Agency Services Loan Agency Team |
|---|---|---|---|
| | Navarro Capital Partners, LLC | | Sub-Agent for White Oak Global Advisors LLC |
| Phone: | | Phone: | +1 (612) 380-8424 |
| Fax: | | Fax: | |
| Email: | ostevenson@whiteoaksf.com | Email: | srswoagency@whiteoaksf.com |

| **Issuer:** | Navarro Capital Partners, LLC | **Bank Deal:** | Navarro Capital Partners, LLC |
|---|---|---|---|
| **MEI:** | WO3400 | **CUSIP:** | |
| | | **Effective Date:** | 9/1/2021 |

| Activity | Global Amount | Borrower Amount | Accrual Period | Basis | All-In-Rate | Cash Amount |
|---|---|---|---|---|---|---|
| *Interest* | 30,117,500.00 | 30,117,500.00 | 7/1/2021 - 8/1/2021 | 31/360 | 3.00000% | 77,803.54 |
| **FIXED Contract : 18 (USD) (FIXED)** | **Maturity Date: 9/1/2021** | | | | | |
| Interest | | | | | | |
| *Interest* | 30,117,500.00 | 30,117,500.00 | 8/1/2021 - 9/1/2021 | 31/360 | 3.00000% | 77,803.54 |
| **FIXED Contract : 19 (USD) (FIXED)** | **Maturity Date: 10/1/2021** | | | | | |
| Principal Paydown | | | | | | |
| *Principal* | 4,116,256.13 | 4,116,256.13 | 9/1/2021 - 10/1/2021 | ACT/360 | 3.00000% | 4,116,256.13 |
| **Total Principal and Interest/Fees - Fifth Amendment Term Loan (W00010117) (USD):** | | | | | | 4,655,860.74 |

## Initial Term Loan (W00010025)

### *Contract(s)*

| Activity | Global Amount | Borrower Amount | Accrual Period | Basis | All-In-Rate | Cash Amount |
|---|---|---|---|---|---|---|
| **FIXED Contract : 17 (USD) (FIXED)** | **Maturity Date: 2/1/2021** | | | | | |
| Interest | | | | | | |
| *Interest* | | 0.00 | 1/1/2021 - 2/1/2021 | 31/360 | 3.00000% | 3,924.46 |
| **FIXED Contract : 18 (USD) (FIXED)** | **Maturity Date: 3/1/2021** | | | | | |
| Interest | | | | | | |
| *Interest* | 15,695,480.54 | 15,695,480.54 | 2/1/2021 - 3/1/2021 | 28/360 | 3.00000% | 36,622.79 |
| **FIXED Contract : 19 (USD) (FIXED)** | **Maturity Date: 4/1/2021** | | | | | |
| Interest | | | | | | |
| *Interest* | 15,695,480.54 | 15,695,480.54 | 3/1/2021 - 4/1/2021 | 31/360 | 3.00000% | 40,546.66 |



**White Oak Global Advisors**
3 Embarcadero Center, 5th Floor
San Francisco, CA 94111

# Activity Memo

### *** Payment Notice ***

| **To:** | Oscar Stevenson<br>Navarro Capital Partners, LLC | **From:** | Acquiom Agency Services Loan Agency Team<br>Sub-Agent for White Oak Global Advisors LLC |
|---|---|---|---|
| Phone: | | Phone: | +1 (612) 380-8424 |
| Fax: | | Fax: | |
| Email: | ostevenson@whiteoaksf.com | Email: | srswoagency@whiteoaksf.com |

| **Issuer:** | Navarro Capital Partners, LLC | **Bank Deal:** | Navarro Capital Partners, LLC |
|---|---|---|---|
| **MEI:** | WO3400 | **CUSIP:** | |
| | | **Effective Date:** | 9/1/2021 |

| Activity | Global Amount | Borrower Amount | Accrual Period | Basis | All-In-Rate | Cash Amount |
|---|---|---|---|---|---|---|
| **FIXED Contract : 20 (USD) (FIXED)** | **Maturity Date: 5/1/2021** | | | | | |
| Interest | | | | | | |
| *Interest* | 15,695,480.54 | 15,695,480.54 | 4/1/2021 - 5/1/2021 | 30/360 | 3.00000% | 39,238.70 |
| **FIXED Contract : 21 (USD) (FIXED)** | **Maturity Date: 6/1/2021** | | | | | |
| Interest | | | | | | |
| *Interest* | 15,695,480.54 | 15,695,480.54 | 5/1/2021 - 6/1/2021 | 31/360 | 3.00000% | 40,546.66 |
| **FIXED Contract : 22 (USD) (FIXED)** | **Maturity Date: 7/1/2021** | | | | | |
| Interest | | | | | | |
| *Interest* | 15,695,480.54 | 15,695,480.54 | 6/1/2021 - 7/1/2021 | 30/360 | 3.00000% | 39,238.70 |
| **FIXED Contract : 23 (USD) (FIXED)** | **Maturity Date: 8/1/2021** | | | | | |
| Interest | | | | | | |
| *Interest* | 15,695,480.54 | 15,695,480.54 | 7/1/2021 - 8/1/2021 | 31/360 | 3.00000% | 40,546.66 |
| **FIXED Contract : 24 (USD) (FIXED)** | **Maturity Date: 9/1/2021** | | | | | |
| Interest | | | | | | |
| *Interest* | 15,695,480.54 | 15,695,480.54 | 8/1/2021 - 9/1/2021 | 31/360 | 3.00000% | 40,546.66 |
| **FIXED Contract : 25 (USD) (FIXED)** | **Maturity Date: 10/1/2021** | | | | | |
| Principal Paydown | | | | | | |
| *Principal* | 2,145,152.09 | 2,145,152.09 | 9/1/2021 - 10/1/2021 | ACT/360 | 3.00000% | 2,145,152.09 |
| **Total Principal and Interest/Fees - Initial Term Loan (W00010025) (USD):** | | | | | | **2,426,363.38** |



**White Oak Global Advisors**
3 Embarcadero Center, 5th Floor
San Francisco, CA 94111

# Activity Memo

### *** Payment Notice ***

| **To:** | Oscar Stevenson | **From:** | Acquiom Agency Services Loan Agency Team |
|---|---|---|---|
| | Navarro Capital Partners, LLC | | Sub-Agent for White Oak Global Advisors LLC |
| Phone: | | Phone: | +1 (612) 380-8424 |
| Fax: | | Fax: | |
| Email: | ostevenson@whiteoaksf.com | Email: | srswoagency@whiteoaksf.com |

| Issuer: | Navarro Capital Partners, LLC | Bank Deal: | Navarro Capital Partners, LLC |
|---|---|---|---|
| MEI: | WO3400 | CUSIP: | |
| | | Effective Date: | 9/1/2021 |

**Notes**:

This payment includes all outstanding past due interest for payment dates 2/1/2021, 3/1/2021, 4/1/2021, 5/3/2021, 6/1/2021, 7/1/2021, 8/2/2021 and 9/1/2021 and a principal paydown for both tranches

**USD wire instructions for Sub-Agent for White Oak Global Advisors LLC**             **USD 7,082,224.12**

** Wire instructions are missing for the Bank Deal **

Reference:   Navarro Capital Partners, LLC
Comments: