# Islam Declaration

# Exhibit 12

| Facility Balance as of 10/31/23 | Principal | Accrued Interest | Total |
|---|---:|---:|---:|
| Navarro Initial Term Loan | $ 2,481,750.36 | $ 6,411.19 | $ 2,488,161.54 |
| Navarro 5th Amendment | $ 26,001,243.87 | $ 67,169.88 | $ 26,068,413.75 |
| **Navarro Senior** | **$ 28,482,994.23** | **$ 73,581.07** | **$ 28,556,575.29** |
| **Acqua Liana Navarro** | **$ 35,105,383.23** | **$ 235,606.60** | **$ 35,340,989.83** |
| **Acqua Liana** | **$ 174,444,444.12** | **$ 1,185,266.36** | **$ 175,629,710.48** |

|    | A                              | B          | C          | D            | E              | F                         |
|----|--------------------------------|------------|------------|--------------|----------------|---------------------------|
| 1  | Borrower                       | All-In-Rate| Start Date | Next Payment | PIK Interest   | Global Amount (post PIK)  |
| 2  |                                |            |            |              |                | $ 125,101,566.04          |
| 3  | Acqua Liana Capital Partners, LLC | 8.000%  | 8/1/2019   | 9/1/2019     | $ 850,005.16   | $ 125,951,571.20          |
| 4  | Acqua Liana Capital Partners, LLC | 8.000%  | 9/1/2019   | 10/1/2019    | $ 828,174.71   | $ 126,779,745.92          |
| 5  | Acqua Liana Capital Partners, LLC | 8.000%  | 10/1/2019  | 11/1/2019    | $ 861,407.59   | $ 127,641,153.50          |
| 6  | Acqua Liana Capital Partners, LLC | 8.000%  | 11/1/2019  | 12/1/2019    | $ 839,284.30   | $ 128,480,437.80          |
| 7  | Acqua Liana Capital Partners, LLC | 8.000%  | 12/1/2019  | 1/1/2020     | $ 872,962.97   | $ 129,353,400.78          |
| 8  | Acqua Liana Capital Partners, LLC | 8.000%  | 1/1/2020   | 2/1/2020     | $ 878,894.34   | $ 130,232,295.12          |
| 9  | Acqua Liana Capital Partners, LLC | 8.000%  | 2/1/2020   | 3/1/2020     | $ 827,777.88   | $ 131,060,072.99          |
| 10 | Acqua Liana Capital Partners, LLC | 8.000%  | 3/1/2020   | 4/1/2020     | $ 890,490.36   | $ 131,950,563.35          |
| 11 | Acqua Liana Capital Partners, LLC | 8.000%  | 4/1/2020   | 5/1/2020     | $ 867,620.14   | $ 132,818,183.49          |
| 12 | Acqua Liana Capital Partners, LLC | 8.000%  | 5/1/2020   | 6/1/2020     | $ 902,435.88   | $ 133,720,619.37          |
| 13 | Acqua Liana Capital Partners, LLC | 8.000%  | 6/1/2020   | 7/1/2020     | $ 879,258.87   | $ 134,599,878.24          |
| 14 | Acqua Liana Capital Partners, LLC | 8.000%  | 7/1/2020   | 8/1/2020     | $ 914,541.64   | $ 135,514,419.88          |
| 15 | Acqua Liana Capital Partners, LLC | 8.000%  | 8/1/2020   | 9/1/2020     | $ 920,755.51   | $ 136,435,175.39          |
| 16 | Acqua Liana Capital Partners, LLC | 8.000%  | 9/1/2020   | 10/1/2020    | $ 897,108.00   | $ 137,332,283.39          |
| 17 | Acqua Liana Capital Partners, LLC | 8.000%  | 10/1/2020  | 11/1/2020    | $ 933,107.02   | $ 138,265,390.41          |
| 18 | Acqua Liana Capital Partners, LLC | 8.000%  | 11/1/2020  | 12/1/2020    | $ 909,142.29   | $ 139,174,532.70          |
| 19 | Acqua Liana Capital Partners, LLC | 8.000%  | 12/1/2020  | 1/1/2021     | $ 945,624.22   | $ 140,120,156.93          |
| 20 | Acqua Liana Capital Partners, LLC | 8.000%  | 1/1/2021   | 2/1/2021     | $ 952,049.29   | $ 141,072,206.21          |
| 21 | Acqua Liana Capital Partners, LLC | 8.000%  | 2/1/2021   | 3/1/2021     | $ 865,758.20   | $ 141,937,964.41          |
| 22 | Acqua Liana Capital Partners, LLC | 8.000%  | 3/1/2021   | 4/1/2021     | $ 964,400.42   | $ 142,902,364.82          |
| 23 | Acqua Liana Capital Partners, LLC | 8.000%  | 4/1/2021   | 5/1/2021     | $ 939,631.99   | $ 143,841,996.81          |
| 24 | Acqua Liana Capital Partners, LLC | 8.000%  | 5/1/2021   | 6/1/2021     | $ 977,337.40   | $ 144,819,334.21          |
| 25 | Acqua Liana Capital Partners, LLC | 8.000%  | 6/1/2021   | 7/1/2021     | $ 952,236.72   | $ 145,771,570.93          |
| 26 | Acqua Liana Capital Partners, LLC | 8.000%  | 7/1/2021   | 8/1/2021     | $ 990,447.93   | $ 146,762,018.87          |
| 27 | Acqua Liana Capital Partners, LLC | 8.000%  | 8/1/2021   | 9/1/2021     | $ 997,177.55   | $ 147,759,196.42          |
| 28 | Acqua Liana Capital Partners, LLC | 8.000%  | 9/1/2021   | 10/1/2021    | $ 971,567.32   | $ 148,730,763.74          |
| 29 | Acqua Liana Capital Partners, LLC | 8.000%  | 10/1/2021  | 11/1/2021    | $ 1,010,554.23 | $ 149,741,317.97          |
| 30 | Acqua Liana Capital Partners, LLC | 8.000%  | 11/1/2021  | 12/1/2021    | $ 984,600.45   | $ 150,725,918.41          |
| 31 | Acqua Liana Capital Partners, LLC | 8.000%  | 12/1/2021  | 1/1/2022     | $ 1,024,110.35 | $ 151,750,028.76          |
| 32 | Acqua Liana Capital Partners, LLC | 8.000%  | 1/1/2022   | 2/1/2022     | $ 1,031,068.69 | $ 152,781,097.45          |
| 33 | Acqua Liana Capital Partners, LLC | 8.000%  | 2/1/2022   | 3/1/2022     | $ 937,615.50   | $ 153,718,712.96          |
| 34 | Acqua Liana Capital Partners, LLC | 8.000%  | 3/1/2022   | 4/1/2022     | $ 1,044,444.95 | $ 154,763,157.91          |
| 35 | Acqua Liana Capital Partners, LLC | 8.000%  | 4/1/2022   | 5/1/2022     | $ 1,017,620.76 | $ 155,780,778.67          |
| 36 | Acqua Liana Capital Partners, LLC | 8.000%  | 5/1/2022   | 6/1/2022     | $ 1,058,455.70 | $ 156,839,234.38          |
| 37 | Acqua Liana Capital Partners, LLC | 8.000%  | 6/1/2022   | 7/1/2022     | $ 1,031,271.68 | $ 157,870,506.05          |
| 38 | Acqua Liana Capital Partners, LLC | 8.000%  | 7/1/2022   | 8/1/2022     | $ 1,072,654.40 | $ 158,943,160.45          |
| 39 | Acqua Liana Capital Partners, LLC | 8.000%  | 8/1/2022   | 9/1/2022     | $ 1,079,942.57 | $ 160,023,103.02          |
| 40 | Acqua Liana Capital Partners, LLC | 8.000%  | 9/1/2022   | 10/1/2022    | $ 1,052,206.71 | $ 161,075,309.73          |
| 41 | Acqua Liana Capital Partners, LLC | 8.000%  | 10/1/2022  | 11/1/2022    | $ 1,094,429.50 | $ 162,169,739.23          |
| 42 | Acqua Liana Capital Partners, LLC | 8.000%  | 11/1/2022  | 12/1/2022    | $ 1,066,321.57 | $ 163,236,060.80          |
| 43 | Acqua Liana Capital Partners, LLC | 8.000%  | 12/1/2022  | 1/1/2023     | $ 1,109,110.77 | $ 164,345,171.57          |
| 44 | Acqua Liana Capital Partners, LLC | 8.000%  | 1/1/2023   | 2/1/2023     | $ 1,116,646.65 | $ 165,461,818.21          |
| 45 | Acqua Liana Capital Partners, LLC | 8.000%  | 2/1/2023   | 3/1/2023     | $ 1,015,436.91 | $ 166,477,255.13          |
| 46 | Acqua Liana Capital Partners, LLC | 8.000%  | 3/1/2023   | 4/1/2023     | $ 1,131,133.13 | $ 167,608,388.26          |
| 47 | Acqua Liana Capital Partners, LLC | 8.000%  | 4/1/2023   | 5/1/2023     | $ 1,102,082.55 | $ 168,710,470.81          |
| 48 | Acqua Liana Capital Partners, LLC | 8.000%  | 5/1/2023   | 6/1/2023     | $ 1,146,306.76 | $ 169,856,777.57          |
| 49 | Acqua Liana Capital Partners, LLC | 8.000%  | 6/1/2023   | 7/1/2023     | $ 1,116,866.48 | $ 170,973,644.05          |
| 50 | Acqua Liana Capital Partners, LLC | 8.000%  | 7/1/2023   | 8/1/2023     | $ 1,161,683.94 | $ 172,135,327.99          |
| 51 | Acqua Liana Capital Partners, LLC | 8.000%  | 8/1/2023   | 9/1/2023     | $ 1,169,577.02 | $ 173,304,905.02          |
| 52 | Acqua Liana Capital Partners, LLC | 8.000%  | 9/1/2023   | 10/1/2023    | $ 1,139,539.10 | $ 174,444,444.12          |
| 53 | Acqua Liana Capital Partners, LLC | 8.000%  | 10/1/2023  | 11/1/2023    | $ 1,185,266.36 | $ 175,629,710.48          |

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T | U |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | Contract | Borrower | Amount | Base Amount | Currency | All-In-Rate | Base Rate | Spread | Spread Adj | Start Date | Next Payment | Maturity Date | Projected Interest | Interest Received | Global Amount | Global Amount | Type | Accrual Basis | Rate Option | Notes |
| 2 | TermFunded | 1 | Acqua Liana - Navarro Capital Partners, LLC | $ - | $ - | USD | 8.00% | 0.00% | 8.00% | 0 | 12/1/2019 | 1/1/2020 | 1/1/2020 | $ 177,332.24 | $ - | $ 25,919,108.43 | | Term Funded | Standard | FIXED | |
| 3 | TermFunded | 2 | Acqua Liana - Navarro Capital Partners, LLC | $ - | $ - | USD | 8.00% | 0.00% | 8.00% | 0 | 1/1/2020 | 2/1/2020 | 2/1/2020 | $ 178,553.86 | $ - | $ 9,421,881.40 | | Term Funded | Standard | FIXED | Capitalized 177,332.24 of the interest due on 1/1/2020 |
| 4 | TermFunded | 3 | Acqua Liana - Navarro Capital Partners, LLC | $ - | $ - | USD | 8.00% | 0.00% | 8.00% | 0 | 2/1/2020 | 3/1/2020 | 3/1/2020 | $ 168,184.93 | $ - | $ 9,243,327.54 | | Term Funded | Standard | FIXED | Capitalized 178,553.86 of the interest due on 2/1/2020 |
| 5 | TermFunded | 4 | Acqua Liana - Navarro Capital Partners, LLC | $ - | $ - | USD | 8.00% | 0.00% | 8.00% | 0 | 3/1/2020 | 4/1/2020 | 4/1/2020 | $ 180,942.50 | $ - | $ 9,075,142.61 | | Term Funded | Standard | FIXED | Capitalized 168,184.93 of the interest due on 3/1/2020 |
| 6 | TermFunded | 5 | Acqua Liana - Navarro Capital Partners, LLC | $ - | $ - | USD | 8.00% | 0.00% | 8.00% | 0 | 4/1/2020 | 5/1/2020 | 5/1/2020 | $ 176,311.93 | $ - | $ 8,894,200.11 | | Term Funded | Standard | FIXED | Capitalized 180,942.50 of the interest due on 4/1/2020 |
| 7 | PIKAccrual | PIK | Acqua Liana - Navarro Capital Partners, LLC | $ - | $ - | USD | 8.00% | 0.00% | 8.00% | 0 | 5/1/2020 | 6/1/2020 | 6/1/2020 | $ 183,403.59 | $ - | $ 8,717,888.18 | | PIK Accrual | Commitment | PIK | |
| 8 | TermFunded | 6 | Acqua Liana - Navarro Capital Partners, LLC | $ - | $ - | USD | 0.00% | 0.00% | 0.00% | 0 | 5/1/2020 | 6/1/2020 | 6/1/2020 | $ - | $ - | $ 8,534,484.59 | | Term Funded | Standard | FIXED | |
| 9 | TermFunded | 7 | Acqua Liana - Navarro Capital Partners, LLC | $ - | $ - | USD | 0.00% | 0.00% | 0.00% | 0 | 6/1/2020 | 7/1/2020 | 7/1/2020 | $ - | $ - | $ 8,534,484.59 | | Term Funded | Standard | FIXED | Capitalized 183,403.59 of the interest due on 6/1/2020 Capitalized 178,710.03 of the interest due on 7/1/2020 |
| 10 | PIKAccrual | PIK | Acqua Liana - Navarro Capital Partners, LLC | $ - | $ - | USD | 8.00% | 0.00% | 8.00% | 0 | 6/1/2020 | 7/1/2020 | 7/1/2020 | $ 178,710.04 | $ - | $ 8,534,484.59 | | PIK Accrual | Commitment | PIK | |
| 11 | TermFunded | 8 | Acqua Liana - Navarro Capital Partners, LLC | $ - | $ - | USD | 8.00% | 0.00% | 8.00% | 0 | 7/1/2020 | 8/1/2020 | 8/1/2020 | $ 185,898.15 | $ - | $ 8,355,774.55 | | Term Funded | Standard | FIXED | |
| 12 | PIKAccrual | PIK | Acqua Liana - Navarro Capital Partners, LLC | $ - | $ - | USD | 8.00% | 0.00% | 8.00% | 0 | 8/1/2020 | 9/1/2020 | 9/1/2020 | $ 187,178.78 | $ - | $ 8,169,876.40 | | PIK Accrual | Commitment | PIK | |
| 13 | TermFunded | 9 | Acqua Liana - Navarro Capital Partners, LLC | $ - | $ - | USD | 0.00% | 0.00% | 0.00% | 0 | 8/1/2020 | 9/1/2020 | 9/1/2020 | $ - | $ - | $ 7,982,697.62 | | Term Funded | Standard | FIXED | Capitalized 185,898.15 of the interest due on 8/1/2020 |
| 14 | PIKAccrual | PIK | Acqua Liana - Navarro Capital Partners, LLC | $ - | $ - | USD | 8.00% | 0.00% | 8.00% | 0 | 9/1/2020 | 10/1/2020 | 10/1/2020 | $ 182,388.61 | $ - | $ 7,982,697.62 | | PIK Accrual | Commitment | PIK | |
| 15 | TermFunded | 10 | Acqua Liana - Navarro Capital Partners, LLC | $ - | $ - | USD | 0.00% | 0.00% | 0.00% | 0 | 9/1/2020 | 10/1/2020 | 10/1/2020 | $ - | $ - | $ 7,800,309.01 | | Term Funded | Standard | FIXED | Capitalized 187,178.78 of the interest due on 9/1/2020 |
| 16 | PIKAccrual | PIK | Acqua Liana - Navarro Capital Partners, LLC | $ - | $ - | USD | 8.00% | 0.00% | 8.00% | 0 | 10/1/2020 | 11/1/2020 | 11/1/2020 | $ 189,724.69 | $ - | $ 7,800,309.01 | | PIK Accrual | Commitment | PIK | |
| 17 | TermFunded | 11 | Acqua Liana - Navarro Capital Partners, LLC | $ - | $ - | USD | 0.00% | 0.00% | 0.00% | 0 | 10/1/2020 | 11/1/2020 | 11/1/2020 | $ - | $ - | $ 7,610,584.32 | | Term Funded | Standard | FIXED | Capitalized 182,388.61 of the interest due on 10/1/2020 |
| 18 | PIKAccrual | PIK | Acqua Liana - Navarro Capital Partners, LLC | $ - | $ - | USD | 8.00% | 0.00% | 8.00% | 0 | 11/1/2020 | 12/1/2020 | 12/1/2020 | $ 184,869.37 | $ - | $ 7,610,584.32 | | PIK Accrual | Commitment | PIK | |
| 19 | TermFunded | 12 | Acqua Liana - Navarro Capital Partners, LLC | $ - | $ - | USD | 0.00% | 0.00% | 0.00% | 0 | 11/1/2020 | 12/1/2020 | 12/1/2020 | $ - | $ - | $ 7,425,714.95 | | Term Funded | Standard | FIXED | Capitalized 189,724.69 of the interest due on 11/1/2020 |
| 20 | PIKAccrual | PIK | Acqua Liana - Navarro Capital Partners, LLC | $ - | $ - | USD | 8.00% | 0.00% | 8.00% | 0 | 12/1/2020 | 1/1/2021 | 1/1/2021 | $ 192,305.23 | $ - | $ 7,425,714.95 | | PIK Accrual | Commitment | PIK | |
| 21 | TermFunded | 13 | Acqua Liana - Navarro Capital Partners, LLC | $ - | $ - | USD | 0.00% | 0.00% | 0.00% | 0 | 12/1/2020 | 1/1/2021 | 1/1/2021 | $ - | $ - | $ 7,233,409.72 | | Term Funded | Standard | FIXED | Capitalized 184,869.37 of the interest due on 12/1/2020 |
| 22 | PIKAccrual | PIK | Acqua Liana - Navarro Capital Partners, LLC | $ - | $ - | USD | 8.00% | 0.00% | 8.00% | 0 | 1/1/2021 | 2/1/2021 | 2/1/2021 | $ 193,630.00 | $ - | $ 7,233,409.72 | | PIK Accrual | Commitment | PIK | |
| 23 | TermFunded | 14 | Acqua Liana - Navarro Capital Partners, LLC | $ - | $ - | USD | 0.00% | 0.00% | 0.00% | 0 | 1/1/2021 | 2/1/2021 | 2/1/2021 | $ - | $ - | $ 7,039,779.72 | | Term Funded | Standard | FIXED | Capitalized 192,305.23 of the interest due on 1/1/2021 |
| 24 | PIKAccrual | PIK | Acqua Liana - Navarro Capital Partners, LLC | $ - | $ - | USD | 8.00% | 0.00% | 8.00% | 0 | 2/1/2021 | 3/1/2021 | 3/1/2021 | $ 176,096.42 | $ - | $ 7,039,779.72 | | PIK Accrual | Commitment | PIK | |
| 25 | TermFunded | 15 | Acqua Liana - Navarro Capital Partners, LLC | $ - | $ - | USD | 0.00% | 0.00% | 0.00% | 0 | 2/1/2021 | 3/1/2021 | 3/1/2021 | $ - | $ - | $ 6,863,683.30 | | Term Funded | Standard | FIXED | Capitalized 193,630.00 of the interest due on 2/1/2021 |
| 26 | PIKAccrual | PIK | Acqua Liana - Navarro Capital Partners, LLC | $ - | $ - | USD | 8.00% | 0.00% | 8.00% | 0 | 3/1/2021 | 4/1/2021 | 4/1/2021 | $ 196,177.00 | $ - | $ 6,863,683.30 | | PIK Accrual | Commitment | PIK | |
| 27 | TermFunded | 16 | Acqua Liana - Navarro Capital Partners, LLC | $ - | $ - | USD | 0.00% | 0.00% | 0.00% | 0 | 3/1/2021 | 4/1/2021 | 4/1/2021 | $ - | $ - | $ 6,667,506.30 | | Term Funded | Standard | FIXED | Capitalized 176,096.42 of the interest due on 3/1/2021 |
| 28 | PIKAccrual | PIK | Acqua Liana - Navarro Capital Partners, LLC | $ - | $ - | USD | 8.00% | 0.00% | 8.00% | 0 | 4/1/2021 | 5/1/2021 | 5/1/2021 | $ 191,156.56 | $ - | $ 6,667,506.30 | | PIK Accrual | Commitment | PIK | |
| 29 | TermFunded | 17 | Acqua Liana - Navarro Capital Partners, LLC | $ - | $ - | USD | 0.00% | 0.00% | 0.00% | 0 | 4/1/2021 | 5/1/2021 | 5/1/2021 | $ - | $ - | $ 6,476,349.75 | | Term Funded | Standard | FIXED | Capitalized 196,177.00 of the interest due on 4/1/2021 |
| 30 | PIKAccrual | PIK | Acqua Liana - Navarro Capital Partners, LLC | $ - | $ - | USD | 8.00% | 0.00% | 8.00% | 0 | 5/1/2021 | 6/1/2021 | 6/1/2021 | $ 198,845.30 | $ - | $ 6,476,349.75 | | PIK Accrual | Commitment | PIK | |
| 31 | TermFunded | 18 | Acqua Liana - Navarro Capital Partners, LLC | $ - | $ - | USD | 0.00% | 0.00% | 0.00% | 0 | 5/1/2021 | 6/1/2021 | 6/1/2021 | $ - | $ - | $ 6,277,504.45 | | Term Funded | Standard | FIXED | Capitalized 191,156.56 of the interest due on 5/1/2021 |
| 32 | PIKAccrual | PIK | Acqua Liana - Navarro Capital Partners, LLC | $ - | $ - | USD | 8.00% | 0.00% | 8.00% | 0 | 6/1/2021 | 7/1/2021 | 7/1/2021 | $ 193,756.57 | $ - | $ 6,277,504.45 | | PIK Accrual | Commitment | PIK | |
| 33 | TermFunded | 19 | Acqua Liana - Navarro Capital Partners, LLC | $ - | $ - | USD | 0.00% | 0.00% | 0.00% | 0 | 6/1/2021 | 7/1/2021 | 7/1/2021 | $ - | $ - | $ 6,083,747.88 | | Term Funded | Standard | FIXED | Capitalized 198,845.30 of the interest due on 6/1/2021 |
| 34 | PIKAccrual | PIK | Acqua Liana - Navarro Capital Partners, LLC | $ - | $ - | USD | 8.00% | 0.00% | 8.00% | 0 | 7/1/2021 | 8/1/2021 | 8/1/2021 | $ 201,549.89 | $ - | $ 6,083,747.88 | | PIK Accrual | Commitment | PIK | |
| 35 | TermFunded | 20 | Acqua Liana - Navarro Capital Partners, LLC | $ - | $ - | USD | 0.00% | 0.00% | 0.00% | 0 | 7/1/2021 | 8/1/2021 | 8/1/2021 | $ - | $ - | $ 5,882,197.99 | | Term Funded | Standard | FIXED | Capitalized 193,756.57 of the interest due on 7/1/2021 |
| 36 | PIKAccrual | PIK | Acqua Liana - Navarro Capital Partners, LLC | $ - | $ - | USD | 8.00% | 0.00% | 8.00% | 0 | 8/1/2021 | 9/1/2021 | 9/1/2021 | $ 202,938.34 | $ - | $ 5,882,197.99 | | PIK Accrual | Commitment | PIK | |
| 37 | TermFunded | 21 | Acqua Liana - Navarro Capital Partners, LLC | $ - | $ - | USD | 0.00% | 0.00% | 0.00% | 0 | 8/1/2021 | 9/1/2021 | 9/1/2021 | $ - | $ - | $ 5,679,259.65 | | Term Funded | Standard | FIXED | Capitalized 201,549.89 of the interest due on 8/1/2021 |
| 38 | PIKAccrual | PIK | Acqua Liana - Navarro Capital Partners, LLC | $ - | $ - | USD | 8.00% | 0.00% | 8.00% | 0 | 9/1/2021 | 10/1/2021 | 10/1/2021 | $ 197,744.87 | $ - | $ 5,679,259.65 | | PIK Accrual | Commitment | PIK | |
| 39 | TermFunded | 22 | Acqua Liana - Navarro Capital Partners, LLC | $ - | $ - | USD | 0.00% | 0.00% | 0.00% | 0 | 9/1/2021 | 10/1/2021 | 10/1/2021 | $ - | $ - | $ 5,481,514.78 | | Term Funded | Standard | FIXED | Capitalized 202,938.34 of the interest due on 9/1/2021 |
| 40 | PIKAccrual | PIK | Acqua Liana - Navarro Capital Partners, LLC | $ - | $ - | USD | 8.00% | 0.00% | 8.00% | 0 | 10/1/2021 | 11/1/2021 | 11/1/2021 | $ 205,698.61 | $ - | $ 5,481,514.78 | | PIK Accrual | Commitment | PIK | |
| 41 | TermFunded | 23 | Acqua Liana - Navarro Capital Partners, LLC | $ - | $ - | USD | 0.00% | 0.00% | 0.00% | 0 | 10/1/2021 | 11/1/2021 | 11/1/2021 | $ - | $ - | $ 5,275,816.17 | | Term Funded | Standard | FIXED | Capitalized 197,744.87 of the interest due on 10/1/2021 |
| 42 | PIKAccrual | PIK | Acqua Liana - Navarro Capital Partners, LLC | $ - | $ - | USD | 8.00% | 0.00% | 8.00% | 0 | 11/1/2021 | 12/1/2021 | 12/1/2021 | $ 200,434.49 | $ - | $ 5,275,816.17 | | PIK Accrual | Commitment | PIK | |
| 43 | TermFunded | 24 | Acqua Liana - Navarro Capital Partners, LLC | $ - | $ - | USD | 0.00% | 0.00% | 0.00% | 0 | 11/1/2021 | 12/1/2021 | 12/1/2021 | $ - | $ - | $ 5,075,381.68 | | Term Funded | Standard | FIXED | Capitalized 205,698.61 of the interest due on 11/1/2021 |
| 44 | PIKAccrual | PIK | Acqua Liana - Navarro Capital Partners, LLC | $ - | $ - | USD | 8.00% | 0.00% | 8.00% | 0 | 12/1/2021 | 1/1/2022 | 1/1/2022 | $ 208,496.41 | $ - | $ 5,075,381.68 | | PIK Accrual | Commitment | PIK | |
| 45 | TermFunded | 25 | Acqua Liana - Navarro Capital Partners, LLC | $ - | $ - | USD | 0.00% | 0.00% | 0.00% | 0 | 12/1/2021 | 1/1/2022 | 1/1/2022 | $ - | $ - | $ 4,866,885.27 | | Term Funded | Standard | FIXED | Capitalized 200,434.49 of the interest due on 12/1/2021 |
| 46 | PIKAccrual | PIK | Acqua Liana - Navarro Capital Partners, LLC | $ - | $ - | USD | 8.00% | 0.00% | 8.00% | 0 | 1/1/2022 | 2/1/2022 | 2/1/2022 | $ 209,932.72 | $ - | $ 4,866,885.27 | | PIK Accrual | Commitment | PIK | |
| 47 | TermFunded | 26 | Acqua Liana - Navarro Capital Partners, LLC | $ - | $ - | USD | 0.00% | 0.00% | 0.00% | 0 | 1/1/2022 | 2/1/2022 | 2/1/2022 | $ - | $ - | $ 4,656,952.55 | | Term Funded | Standard | FIXED | Capitalized 208,496.41 of the interest due on 1/1/2022 |
| 48 | PIKAccrual | PIK | Acqua Liana - Navarro Capital Partners, LLC | $ - | $ - | USD | 8.00% | 0.00% | 8.00% | 0 | 2/1/2022 | 3/1/2022 | 3/1/2022 | $ 190,922.90 | $ - | $ 4,656,952.55 | | PIK Accrual | Commitment | PIK | |
| 49 | TermFunded | 27 | Acqua Liana - Navarro Capital Partners, LLC | $ - | $ - | USD | 0.00% | 0.00% | 0.00% | 0 | 2/1/2022 | 3/1/2022 | 3/1/2022 | $ - | $ - | $ 4,466,029.65 | | Term Funded | Standard | FIXED | Capitalized 209,932.72 of the interest due on 2/1/2022 |
| 50 | PIKAccrual | PIK | Acqua Liana - Navarro Capital Partners, LLC | $ - | $ - | USD | 8.00% | 0.00% | 8.00% | 0 | 3/1/2022 | 4/1/2022 | 4/1/2022 | $ 212,694.17 | $ - | $ 4,466,029.65 | | PIK Accrual | Commitment | PIK | |
| 51 | TermFunded | 28 | Acqua Liana - Navarro Capital Partners, LLC | $ - | $ - | USD | 0.00% | 0.00% | 0.00% | 0 | 3/1/2022 | 4/1/2022 | 4/1/2022 | $ - | $ - | $ 4,253,335.48 | | Term Funded | Standard | FIXED | Capitalized 190,922.90 of the interest due on 3/1/2022 |
| 52 | PIKAccrual | PIK | Acqua Liana - Navarro Capital Partners, LLC | $ - | $ - | USD | 8.00% | 0.00% | 8.00% | 0 | 4/1/2022 | 5/1/2022 | 5/1/2022 | $ 207,251.03 | $ - | $ 4,253,335.48 | | PIK Accrual | Commitment | PIK | |
| 53 | TermFunded | 29 | Acqua Liana - Navarro Capital Partners, LLC | $ - | $ - | USD | 0.00% | 0.00% | 0.00% | 0 | 4/1/2022 | 5/1/2022 | 5/1/2022 | $ - | $ - | $ 4,046,084.45 | | Term Funded | Standard | FIXED | Capitalized 212,694.17 of the interest due on 4/1/2022 |
| 54 | PIKAccrual | PIK | Acqua Liana - Navarro Capital Partners, LLC | $ - | $ - | USD | 8.00% | 0.00% | 8.00% | 0 | 5/1/2022 | 6/1/2022 | 6/1/2022 | $ 215,587.13 | $ - | $ 4,046,084.45 | | PIK Accrual | Commitment | PIK | |
| 55 | TermFunded | 30 | Acqua Liana - Navarro Capital Partners, LLC | $ - | $ - | USD | 0.00% | 0.00% | 0.00% | 0 | 5/1/2022 | 6/1/2022 | 6/1/2022 | $ - | $ - | $ 3,830,497.33 | | Term Funded | Standard | FIXED | Capitalized 207,251.03 of the interest due on 5/1/2022 |
| 56 | PIKAccrual | PIK | Acqua Liana - Navarro Capital Partners, LLC | $ - | $ - | USD | 8.00% | 0.00% | 8.00% | 0 | 6/1/2022 | 7/1/2022 | 7/1/2022 | $ 210,069.95 | $ - | $ 3,830,497.33 | | PIK Accrual | Commitment | PIK | |
| 57 | TermFunded | 31 | Acqua Liana - Navarro Capital Partners, LLC | $ - | $ - | USD | 0.00% | 0.00% | 0.00% | 0 | 6/1/2022 | 7/1/2022 | 7/1/2022 | $ - | $ - | $ 3,620,427.38 | | Term Funded | Standard | FIXED | Capitalized 215,587.13 of the interest due on 6/1/2022 |
| 58 | PIKAccrual | PIK | Acqua Liana - Navarro Capital Partners, LLC | $ - | $ - | USD | 8.00% | 0.00% | 8.00% | 0 | 7/1/2022 | 8/1/2022 | 8/1/2022 | $ 218,519.43 | $ - | $ 3,620,427.38 | | PIK Accrual | Commitment | PIK | |
| 59 | TermFunded | 32 | Acqua Liana - Navarro Capital Partners, LLC | $ - | $ - | USD | 0.00% | 0.00% | 0.00% | 0 | 7/1/2022 | 8/1/2022 | 8/1/2022 | $ - | $ - | $ 3,401,907.95 | | Term Funded | Standard | FIXED | Capitalized 210,069.95 of the interest due on 7/1/2022 |
| 60 | PIKAccrual | PIK | Acqua Liana - Navarro Capital Partners, LLC | $ - | $ - | USD | 8.00% | 0.00% | 8.00% | 0 | 8/1/2022 | 9/1/2022 | 9/1/2022 | $ 220,024.79 | $ - | $ 3,401,907.95 | | PIK Accrual | Commitment | PIK | |
| 61 | TermFunded | 33 | Acqua Liana - Navarro Capital Partners, LLC | $ - | $ - | USD | 0.00% | 0.00% | 0.00% | 0 | 8/1/2022 | 9/1/2022 | 9/1/2022 | $ - | $ - | $ 3,181,883.16 | | Term Funded | Standard | FIXED | Capitalized 218,519.43 of the interest due on 8/1/2022 |
| 62 | PIKAccrual | PIK | Acqua Liana - Navarro Capital Partners, LLC | $ - | $ - | USD | 8.00% | 0.00% | 8.00% | 0 | 9/1/2022 | 10/1/2022 | 10/1/2022 | $ 214,394.04 | $ - | $ 3,181,883.16 | | PIK Accrual | Commitment | PIK | |
| 63 | TermFunded | 34 | Acqua Liana - Navarro Capital Partners, LLC | $ - | $ - | USD | 0.00% | 0.00% | 0.00% | 0 | 9/1/2022 | 10/1/2022 | 10/1/2022 | $ - | $ - | $ 2,967,489.11 | | Term Funded | Standard | FIXED | Capitalized 220,024.79 of the interest due on 9/1/2022 |
| 64 | PIKAccrual | PIK | Acqua Liana - Navarro Capital Partners, LLC | $ - | $ - | USD | 8.00% | 0.00% | 8.00% | 0 | 10/1/2022 | 11/1/2022 | 11/1/2022 | $ 223,017.45 | $ - | $ 2,967,489.11 | | PIK Accrual | Commitment | PIK | |
| 65 | TermFunded | 35 | Acqua Liana - Navarro Capital Partners, LLC | $ - | $ - | USD | 0.00% | 0.00% | 0.00% | 0 | 10/1/2022 | 11/1/2022 | 11/1/2022 | $ - | $ - | $ 2,744,471.67 | | Term Funded | Standard | FIXED | Capitalized 214,394.04 of the interest due on 10/1/2022 |
| 66 | PIKAccrual | PIK | Acqua Liana - Navarro Capital Partners, LLC | $ - | $ - | USD | 8.00% | 0.00% | 8.00% | 0 | 11/1/2022 | 12/1/2022 | 12/1/2022 | $ 217,310.12 | $ - | $ 2,744,471.67 | | PIK Accrual | Commitment | PIK | |
| 67 | TermFunded | 36 | Acqua Liana - Navarro Capital Partners, LLC | $ - | $ - | USD | 0.00% | 0.00% | 0.00% | 0 | 11/1/2022 | 12/1/2022 | 12/1/2022 | $ - | $ - | $ 2,527,161.54 | | Term Funded | Standard | FIXED | Capitalized 223,017.45 of the interest due on 11/1/2022 |
| 68 | PIKAccrual | PIK | Acqua Liana - Navarro Capital Partners, LLC | $ - | $ - | USD | 8.00% | 0.00% | 8.00% | 0 | 12/1/2022 | 1/1/2023 | 1/1/2023 | $ 226,050.82 | $ - | $ 2,527,161.54 | | PIK Accrual | Commitment | PIK | |
| 69 | TermFunded | 37 | Acqua Liana - Navarro Capital Partners, LLC | $ - | $ - | USD | 0.00% | 0.00% | 0.00% | 0 | 12/1/2022 | 1/1/2023 | 1/1/2023 | $ - | $ - | $ 2,301,110.73 | | Term Funded | Standard | FIXED | Capitalized 217,310.12 of the interest due on 12/1/2022 |
| 70 | PIKAccrual | PIK | Acqua Liana - Navarro Capital Partners, LLC | $ - | $ - | USD | 8.00% | 0.00% | 8.00% | 0 | 1/1/2023 | 2/1/2023 | 2/1/2023 | $ 227,608.06 | $ - | $ 2,301,110.73 | | PIK Accrual | Commitment | PIK | |
| 71 | TermFunded | 38 | Acqua Liana - Navarro Capital Partners, LLC | $ - | $ - | USD | 0.00% | 0.00% | 0.00% | 0 | 1/1/2023 | 2/1/2023 | 2/1/2023 | $ - | $ - | $ 2,073,502.67 | | Term Funded | Standard | FIXED | Capitalized 226,050.82 of the interest due on 1/1/2023 |
| 72 | PIKAccrual | PIK | Acqua Liana - Navarro Capital Partners, LLC | $ - | $ - | USD | 8.00% | 0.00% | 8.00% | 0 | 2/1/2023 | 3/1/2023 | 3/1/2023 | $ 206,997.70 | $ - | $ 2,073,502.67 | | PIK Accrual | Commitment | PIK | |
| 73 | TermFunded | 39 | Acqua Liana - Navarro Capital Partners, LLC | $ - | $ - | USD | 0.00% | 0.00% | 0.00% | 0 | 2/1/2023 | 3/1/2023 | 3/1/2023 | $ - | $ - | $ 1,866,504.97 | | Term Funded | Standard | FIXED | Capitalized 227,608.06 of the interest due on 2/1/2023 |
| 74 | PIKAccrual | PIK | Acqua Liana - Navarro Capital Partners, LLC | $ - | $ - | USD | 8.00% | 0.00% | 8.00% | 0 | 3/1/2023 | 4/1/2023 | 4/1/2023 | $ 230,602.01 | $ - | $ 1,866,504.97 | | PIK Accrual | Commitment | PIK | |
| 75 | TermFunded | 40 | Acqua Liana - Navarro Capital Partners, LLC | $ - | $ - | USD | 0.00% | 0.00% | 0.00% | 0 | 3/1/2023 | 4/1/2023 | 4/1/2023 | $ - | $ - | $ 1,635,902.97 | | Term Funded | Standard | FIXED | Capitalized 206,997.70 of the interest due on 3/1/2023 |
| 76 | PIKAccrual | PIK | Acqua Liana - Navarro Capital Partners, LLC | $ - | $ - | USD | 8.00% | 0.00% | 8.00% | 0 | 4/1/2023 | 5/1/2023 | 5/1/2023 | $ 224,700.58 | $ - | $ 1,635,902.97 | | PIK Accrual | Commitment | PIK | |
| 77 | TermFunded | 41 | Acqua Liana - Navarro Capital Partners, LLC | $ - | $ - | USD | 0.00% | 0.00% | 0.00% | 0 | 4/1/2023 | 5/1/2023 | 5/1/2023 | $ - | $ - | $ 1,411,202.39 | | Term Funded | Standard | FIXED | Capitalized 230,602.01 of the interest due on 4/1/2023 |
| 78 | PIKAccrual | PIK | Acqua Liana - Navarro Capital Partners, LLC | $ - | $ - | USD | 8.00% | 0.00% | 8.00% | 0 | 5/1/2023 | 6/1/2023 | 6/1/2023 | $ 233,738.54 | $ - | $ 1,411,202.39 | | PIK Accrual | Commitment | PIK | |
| 79 | TermFunded | 42 | Acqua Liana - Navarro Capital Partners, LLC | $ - | $ - | USD | 0.00% | 0.00% | 0.00% | 0 | 5/1/2023 | 6/1/2023 | 6/1/2023 | $ - | $ - | $ 1,177,463.85 | | Term Funded | Standard | FIXED | Capitalized 224,700.58 of the interest due on 5/1/2023 |
| 80 | PIKAccrual | PIK | Acqua Liana - Navarro Capital Partners, LLC | $ - | $ - | USD | 8.00% | 0.00% | 8.00% | 0 | 6/1/2023 | 7/1/2023 | 7/1/2023 | $ 227,756.84 | $ - | $ 1,177,463.85 | | PIK Accrual | Commitment | PIK | |
| 81 | TermFunded | 43 | Acqua Liana - Navarro Capital Partners, LLC | $ - | $ - | USD | 0.00% | 0.00% | 0.00% | 0 | 6/1/2023 | 7/1/2023 | 7/1/2023 | $ - | $ - | $ 949,707.01 | | Term Funded | Standard | FIXED | Capitalized 233,738.54 of the interest due on 6/1/2023 |
| 82 | PIKAccrual | PIK | Acqua Liana - Navarro Capital Partners, LLC | $ - | $ - | USD | 8.00% | 0.00% | 8.00% | 0 | 7/1/2023 | 8/1/2023 | 8/1/2023 | $ 236,917.73 | $ - | $ 949,707.01 | | PIK Accrual | Commitment | PIK | |
| 83 | TermFunded | 44 | Acqua Liana - Navarro Capital Partners, LLC | $ - | $ - | USD | 0.00% | 0.00% | 0.00% | 0 | 7/1/2023 | 8/1/2023 | 8/1/2023 | $ - | $ - | $ 712,789.29 | | Term Funded | Standard | FIXED | Capitalized 227,756.84 of the interest due on 7/1/2023 |
| 84 | PIKAccrual | PIK | Acqua Liana - Navarro Capital Partners, LLC | $ - | $ - | USD | 8.00% | 0.00% | 8.00% | 0 | 8/1/2023 | 9/1/2023 | 9/1/2023 | $ 238,549.83 | $ - | $ 712,789.29 | | PIK Accrual | Commitment | PIK | |
| 85 | TermFunded | 45 | Acqua Liana - Navarro Capital Partners, LLC | $ - | $ - | USD | 0.00% | 0.00% | 0.00% | 0 | 8/1/2023 | 9/1/2023 | 9/1/2023 | $ - | $ - | $ 474,239.46 | | Term Funded | Standard | FIXED | Capitalized 236,917.73 of the interest due on 8/1/2023 |
| 86 | PIKAccrual | PIK | Acqua Liana - Navarro Capital Partners, LLC | $ - | $ - | USD | 8.00% | 0.00% | 8.00% | 0 | 9/1/2023 | 10/1/2023 | 10/1/2023 | $ 232,445.00 | $ - | $ 474,239.46 | | PIK Accrual | Commitment | PIK | |
| 87 | TermFunded | 46 | Acqua Liana - Navarro Capital Partners, LLC | $ - | $ - | USD | 0.00% | 0.00% | 0.00% | 0 | 9/1/2023 | 10/1/2023 | 10/1/2023 | $ - | $ - | $ 241,794.46 | | Term Funded | Standard | FIXED | Capitalized 238,549.83 of the interest due on 9/1/2023 |
| 88 | PIKAccrual | PIK | Acqua Liana - Navarro Capital Partners, LLC | $ - | $ - | USD | 8.00% | 0.00% | 8.00% | 0 | 10/1/2023 | 11/1/2023 | 11/1/2023 | $ 241,794.46 | $ - | $ 241,794.46 | | PIK Accrual | Commitment | PIK | |
| 89 | TermFunded | 47 | Acqua Liana - Navarro Capital Partners, LLC | $ - | $ - | USD | 0.00% | 0.00% | 0.00% | 0 | 10/1/2023 | 11/1/2023 | 11/1/2023 | $ - | $ - | $ - | | Term Funded | Standard | FIXED | Capitalized 232,445.00 of the interest due on 10/1/2023 |
| 90 | TermFunded | 48 | Acqua Liana - Navarro Capital Partners, LLC | $ 35,340,989.83 | $ 35,340,989.83 | USD | 0.00% | 0.00% | 0.00% | 0 | 11/1/2023 | 12/1/2023 | 12/1/2023 | $ - | $ - | $ 35,340,989.83 | | Term Funded | Standard | FIXED | Capitalized 241,794.46 of the interest due on 11/1/2023 |
| 91 | PIKAccrual | PIK | Acqua Liana - Navarro Capital Partners, LLC | $ 35,340,989.83 | $ 35,340,989.83 | USD | 8.00% | 0.00% | 8.00% | 0 | 11/1/2023 | 12/1/2023 | 12/1/2023 | $ 235,606.60 | $ - | $ - | | PIK Accrual | Commitment | PIK | |

| Asset_CUSIPAssetID_Name | Issuer_Name | Facility_Name | Cash Interest | PIK Interest | Principal Paydown | StartDateInRange | EndDateInRange | Payment Date | Global Outstanding |
|---|---|---|---|---|---|---|---|---|---|
| W00010025 | Navarro Capital Partners, LLC | Initial Term Loan (W00010025) | | $ 110,050.90 | | 8/1/2019 | 8/31/2019 | 9/1/2019 | $ 15,035,416.67 |
| W00010025 | Navarro Capital Partners, LLC | Initial Term Loan (W00010025) | | $ 107,280.40 | | 9/1/2019 | 9/30/2019 | 10/1/2019 | $ 15,145,467.57 |
| W00010025 | Navarro Capital Partners, LLC | Initial Term Loan (W00010025) | | $ 111,641.64 | | 10/1/2019 | 10/31/2019 | 11/1/2019 | $ 15,252,747.96 |
| W00010025 | Navarro Capital Partners, LLC | Initial Term Loan (W00010025) | | $ 108,831.09 | | 11/1/2019 | 11/30/2019 | 12/1/2019 | $ 15,364,389.60 |
| W00010025 | Navarro Capital Partners, LLC | Initial Term Loan (W00010025) | | $ 113,255.38 | | 12/1/2019 | 12/31/2019 | 1/1/2020 | $ 15,473,220.70 |
| W00010025 | Navarro Capital Partners, LLC | Initial Term Loan (W00010025) | | $ 47,841.82 | | 1/1/2020 | 1/13/2020 | 2/1/2020 | $ 15,586,476.08 |
| W00010025 | Navarro Capital Partners, LLC | Initial Term Loan (W00010025) | | $ 23,379.71 | | 1/14/2020 | 1/31/2020 | 4/1/2020 | $ 15,586,476.08 |
| W00010025 | Navarro Capital Partners, LLC | Initial Term Loan (W00010025) | | $ 37,782.93 | | 2/1/2020 | 2/29/2020 | 4/1/2020 | $ 15,634,317.90 |
| W00010025 | Navarro Capital Partners, LLC | Initial Term Loan (W00010025) | $ 40,388.65 | | | 3/1/2020 | 3/31/2020 | 4/1/2020 | $ 15,695,480.54 |
| W00010025 | Navarro Capital Partners, LLC | Initial Term Loan (W00010025) | $ 39,238.70 | | | 4/1/2020 | 4/30/2020 | 6/1/2020 | $ 15,695,480.54 |
| W00010025 | Navarro Capital Partners, LLC | Initial Term Loan (W00010025) | $ 40,546.66 | | | 5/1/2020 | 5/31/2020 | 6/1/2020 | $ 15,695,480.54 |
| W00010025 | Navarro Capital Partners, LLC | Initial Term Loan (W00010025) | $ 39,238.70 | | | 6/1/2020 | 6/30/2020 | 7/1/2020 | $ 15,695,480.54 |
| W00010025 | Navarro Capital Partners, LLC | Initial Term Loan (W00010025) | $ 40,546.66 | | | 7/1/2020 | 7/31/2020 | 2/1/2021 | $ 15,695,480.54 |
| W00010025 | Navarro Capital Partners, LLC | Initial Term Loan (W00010025) | $ 40,546.66 | | | 8/1/2020 | 8/31/2020 | 4/1/2021 | $ 15,695,480.54 |
| W00010025 | Navarro Capital Partners, LLC | Initial Term Loan (W00010025) | $ 39,238.70 | | | 9/1/2020 | 9/30/2020 | 4/29/2021 | $ 15,695,480.54 |
| W00010025 | Navarro Capital Partners, LLC | Initial Term Loan (W00010025) | $ 40,546.66 | | | 10/1/2020 | 10/31/2020 | 6/1/2021 | $ 15,695,480.54 |
| W00010025 | Navarro Capital Partners, LLC | Initial Term Loan (W00010025) | $ 39,238.70 | | | 11/1/2020 | 11/30/2020 | 7/1/2021 | $ 15,695,480.54 |
| W00010025 | Navarro Capital Partners, LLC | Initial Term Loan (W00010025) | $ 40,546.66 | | | 12/1/2020 | 12/31/2020 | 8/2/2021 | $ 15,695,480.54 |
| W00010025 | Navarro Capital Partners, LLC | Initial Term Loan (W00010025) | $ 40,546.66 | | | 1/1/2021 | 1/31/2021 | 9/1/2021 | $ 15,695,480.54 |
| W00010025 | Navarro Capital Partners, LLC | Initial Term Loan (W00010025) | $ 36,622.79 | | | 2/1/2021 | 2/28/2021 | 9/1/2021 | $ 15,695,480.54 |
| W00010025 | Navarro Capital Partners, LLC | Initial Term Loan (W00010025) | $ 40,546.66 | | | 3/1/2021 | 3/31/2021 | 9/1/2021 | $ 15,695,480.54 |
| W00010025 | Navarro Capital Partners, LLC | Initial Term Loan (W00010025) | $ 39,238.70 | | | 4/1/2021 | 4/30/2021 | 9/1/2021 | $ 15,695,480.54 |
| W00010025 | Navarro Capital Partners, LLC | Initial Term Loan (W00010025) | $ 40,546.66 | | | 5/1/2021 | 5/31/2021 | 9/1/2021 | $ 15,695,480.54 |
| W00010025 | Navarro Capital Partners, LLC | Initial Term Loan (W00010025) | $ 39,238.70 | | | 6/1/2021 | 6/30/2021 | 9/1/2021 | $ 15,695,480.54 |
| W00010025 | Navarro Capital Partners, LLC | Initial Term Loan (W00010025) | $ 40,546.66 | | | 7/1/2021 | 7/31/2021 | 9/1/2021 | $ 15,695,480.54 |
| W00010025 | Navarro Capital Partners, LLC | Initial Term Loan (W00010025) | $ 40,546.66 | | $ 2,145,152.09 | 8/1/2021 | 8/31/2021 | 9/1/2021 | $ 15,695,480.54 |
| W00010025 | Navarro Capital Partners, LLC | Initial Term Loan (W00010025) | $ 33,875.82 | | | 9/1/2021 | 9/30/2021 | 10/1/2021 | $ 13,550,328.45 |
| W00010025 | Navarro Capital Partners, LLC | Initial Term Loan (W00010025) | $ 35,005.02 | | | 10/1/2021 | 10/31/2021 | 11/1/2021 | $ 13,550,328.45 |
| W00010025 | Navarro Capital Partners, LLC | Initial Term Loan (W00010025) | $ 33,875.82 | | | 11/1/2021 | 11/30/2021 | 12/1/2021 | $ 13,550,328.45 |
| W00010025 | Navarro Capital Partners, LLC | Initial Term Loan (W00010025) | $ 35,005.02 | | | 12/1/2021 | 12/31/2021 | 1/3/2022 | $ 13,550,328.45 |
| W00010026 | Navarro Capital Partners, LLC | Initial Term Loan (W00010025) | $ 35,005.02 | | | 1/1/2022 | 1/31/2022 | 2/1/2022 | $ 13,550,328.45 |
| W00010027 | Navarro Capital Partners, LLC | Initial Term Loan (W00010025) | $ 31,617.43 | | | 2/1/2022 | 2/28/2022 | 3/1/2022 | $ 13,550,328.45 |
| W00010028 | Navarro Capital Partners, LLC | Initial Term Loan (W00010025) | $ 35,005.02 | | | 3/1/2022 | 3/31/2022 | 4/1/2022 | $ 13,550,328.45 |
| W00010029 | Navarro Capital Partners, LLC | Initial Term Loan (W00010025) | $ 33,875.82 | | | 4/1/2022 | 4/30/2022 | 5/1/2022 | $ 13,550,328.45 |
| W00010030 | Navarro Capital Partners, LLC | Initial Term Loan (W00010025) | $ 35,005.02 | | | 5/1/2022 | 5/31/2022 | 6/1/2022 | $ 13,550,328.45 |
| W00010031 | Navarro Capital Partners, LLC | Initial Term Loan (W00010025) | $ 33,875.82 | | | 6/1/2022 | 6/30/2022 | 7/1/2022 | $ 13,550,328.45 |
| W00010032 | Navarro Capital Partners, LLC | Initial Term Loan (W00010025) | $ 35,005.02 | | | 7/1/2022 | 7/31/2022 | 8/1/2022 | $ 13,550,328.45 |
| W00010033 | Navarro Capital Partners, LLC | Initial Term Loan (W00010025) | $ 21,739.40 | | $ 4,774,166.58 | 8/1/2022 | 8/31/2022 | 9/1/2022 | $ 8,776,161.87 |
| W00010034 | Navarro Capital Partners, LLC | Initial Term Loan (W00010025) | $ 6,204.38 | | $ 308,876.56 | 9/1/2022 | 9/30/2022 | 10/1/2022 | $ 8,467,285.32 |
| W00010035 | Navarro Capital Partners, LLC | Initial Term Loan (W00010025) | $ 6,411.19 | | $ 5,985,534.96 | 10/1/2022 | 10/31/2022 | 11/1/2022 | $ 2,481,750.36 |
| W00010036 | Navarro Capital Partners, LLC | Initial Term Loan (W00010025) | $ 6,204.38 | | | 11/1/2022 | 11/30/2022 | 12/1/2022 | $ 2,481,750.36 |
| W00010037 | Navarro Capital Partners, LLC | Initial Term Loan (W00010025) | $ 6,411.19 | | | 12/1/2022 | 12/31/2022 | 1/1/2023 | $ 2,481,750.36 |
| W00010038 | Navarro Capital Partners, LLC | Initial Term Loan (W00010025) | $ 6,411.19 | | | 1/1/2023 | 1/31/2023 | 2/1/2023 | $ 2,481,750.36 |
| W00010039 | Navarro Capital Partners, LLC | Initial Term Loan (W00010025) | $ 5,790.75 | | | 2/1/2023 | 2/28/2023 | 3/1/2023 | $ 2,481,750.36 |
| W00010040 | Navarro Capital Partners, LLC | Initial Term Loan (W00010025) | $ 6,411.19 | | | 3/1/2023 | 3/31/2023 | 4/1/2023 | $ 2,481,750.36 |
| W00010041 | Navarro Capital Partners, LLC | Initial Term Loan (W00010025) | $ 6,204.38 | | | 4/1/2023 | 4/30/2023 | 5/1/2023 | $ 2,481,750.36 |
| W00010042 | Navarro Capital Partners, LLC | Initial Term Loan (W00010025) | $ 6,411.19 | | | 5/1/2023 | 5/31/2023 | 6/1/2023 | $ 2,481,750.36 |
| W00010043 | Navarro Capital Partners, LLC | Initial Term Loan (W00010025) | $ 6,204.38 | | | 6/1/2023 | 6/30/2023 | 7/1/2023 | $ 2,481,750.36 |
| W00010044 | Navarro Capital Partners, LLC | Initial Term Loan (W00010025) | $ 6,411.19 | | | 7/1/2023 | 7/31/2023 | 8/1/2023 | $ 2,481,750.36 |
| W00010045 | Navarro Capital Partners, LLC | Initial Term Loan (W00010025) | $ 6,411.19 | | | 8/1/2023 | 8/31/2023 | 9/1/2023 | $ 2,481,750.36 |
| W00010046 | Navarro Capital Partners, LLC | Initial Term Loan (W00010025) | $ 6,204.38 | | | 9/1/2023 | 9/30/2023 | 10/1/2023 | $ 2,481,750.36 |
| W00010047 | Navarro Capital Partners, LLC | Initial Term Loan (W00010025) | $ 6,411.19 | | | 10/1/2023 | 10/31/2023 | 11/1/2023 | $ 2,481,750.36 |

| Asset_CUSIPAssetID_Name | Issuer_Name | Facility_Name | Cash Interest | PIK Interest | Principal Paydown | StartDateInRange | EndDateInRange | Payment Date | Global Outstanding |
|---|---|---|---|---|---|---|---|---|---|
| W00010117 | Navarro Capital Partners, LLC | Fifth Amendment Term Loan (W00010117) | | $ 45,000.00 | | 1/14/2020 | 1/31/2020 | 4/1/2020 | $ 30,000,000.00 |
| W00010117 | Navarro Capital Partners, LLC | Fifth Amendment Term Loan (W00010117) | | $ 72,500.00 | | 2/1/2020 | 2/29/2020 | 4/1/2020 | $ 30,000,000.00 |
| W00010117 | Navarro Capital Partners, LLC | Fifth Amendment Term Loan (W00010117) | $ 77,500.00 | | | 3/1/2020 | 3/31/2020 | 4/1/2020 | $ 30,000,000.00 |
| W00010117 | Navarro Capital Partners, LLC | Fifth Amendment Term Loan (W00010117) | $ 75,293.75 | | | 4/1/2020 | 4/30/2020 | 6/1/2020 | $ 30,117,500.00 |
| W00010117 | Navarro Capital Partners, LLC | Fifth Amendment Term Loan (W00010117) | $ 77,803.54 | | | 5/1/2020 | 5/31/2020 | 6/1/2020 | $ 30,117,500.00 |
| W00010117 | Navarro Capital Partners, LLC | Fifth Amendment Term Loan (W00010117) | $ 75,293.75 | | | 6/1/2020 | 6/30/2020 | 7/1/2020 | $ 30,117,500.00 |
| W00010117 | Navarro Capital Partners, LLC | Fifth Amendment Term Loan (W00010117) | $ 77,803.54 | | | 7/1/2020 | 7/31/2020 | 2/1/2021 | $ 30,117,500.00 |
| W00010117 | Navarro Capital Partners, LLC | Fifth Amendment Term Loan (W00010117) | $ 77,803.54 | | | 8/1/2020 | 8/31/2020 | 4/1/2021 | $ 30,117,500.00 |
| W00010117 | Navarro Capital Partners, LLC | Fifth Amendment Term Loan (W00010117) | $ 75,293.75 | | | 9/1/2020 | 9/30/2020 | 4/29/2021 | $ 30,117,500.00 |
| W00010117 | Navarro Capital Partners, LLC | Fifth Amendment Term Loan (W00010117) | $ 77,803.54 | | | 10/1/2020 | 10/31/2020 | 6/1/2021 | $ 30,117,500.00 |
| W00010117 | Navarro Capital Partners, LLC | Fifth Amendment Term Loan (W00010117) | $ 75,293.75 | | | 11/1/2020 | 11/30/2020 | 7/1/2021 | $ 30,117,500.00 |
| W00010117 | Navarro Capital Partners, LLC | Fifth Amendment Term Loan (W00010117) | $ 77,803.54 | | | 12/1/2020 | 12/31/2020 | 8/2/2021 | $ 30,117,500.00 |
| W00010117 | Navarro Capital Partners, LLC | Fifth Amendment Term Loan (W00010117) | $ 77,803.54 | | | 1/1/2021 | 1/31/2021 | 9/1/2021 | $ 30,117,500.00 |
| W00010117 | Navarro Capital Partners, LLC | Fifth Amendment Term Loan (W00010117) | $ 70,274.17 | | | 2/1/2021 | 2/28/2021 | 9/1/2021 | $ 30,117,500.00 |
| W00010117 | Navarro Capital Partners, LLC | Fifth Amendment Term Loan (W00010117) | $ 77,803.54 | | | 3/1/2021 | 3/31/2021 | 9/1/2021 | $ 30,117,500.00 |
| W00010117 | Navarro Capital Partners, LLC | Fifth Amendment Term Loan (W00010117) | $ 75,293.75 | | | 4/1/2021 | 4/30/2021 | 9/1/2021 | $ 30,117,500.00 |
| W00010117 | Navarro Capital Partners, LLC | Fifth Amendment Term Loan (W00010117) | $ 77,803.54 | | | 5/1/2021 | 5/31/2021 | 9/1/2021 | $ 30,117,500.00 |
| W00010117 | Navarro Capital Partners, LLC | Fifth Amendment Term Loan (W00010117) | $ 75,293.75 | | | 6/1/2021 | 6/30/2021 | 9/1/2021 | $ 30,117,500.00 |
| W00010117 | Navarro Capital Partners, LLC | Fifth Amendment Term Loan (W00010117) | $ 77,803.54 | | | 7/1/2021 | 7/31/2021 | 9/1/2021 | $ 30,117,500.00 |
| W00010117 | Navarro Capital Partners, LLC | Fifth Amendment Term Loan (W00010117) | $ 77,803.54 | | $ 4,116,256.13 | 8/1/2021 | 8/31/2021 | 9/1/2021 | $ 30,117,500.00 |
| W00010117 | Navarro Capital Partners, LLC | Fifth Amendment Term Loan (W00010117) | $ 65,003.11 | | | 9/1/2021 | 9/30/2021 | 10/1/2021 | $ 26,001,243.87 |
| W00010117 | Navarro Capital Partners, LLC | Fifth Amendment Term Loan (W00010117) | $ 67,169.88 | | | 10/1/2021 | 10/31/2021 | 11/1/2021 | $ 26,001,243.87 |
| W00010117 | Navarro Capital Partners, LLC | Fifth Amendment Term Loan (W00010117) | $ 65,003.11 | | | 11/1/2021 | 11/30/2021 | 12/1/2021 | $ 26,001,243.87 |
| W00010117 | Navarro Capital Partners, LLC | Fifth Amendment Term Loan (W00010117) | $ 67,169.88 | | | 12/1/2021 | 12/31/2021 | 1/3/2022 | $ 26,001,243.87 |
| W00010118 | Navarro Capital Partners, LLC | Fifth Amendment Term Loan (W00010117) | $ 67,169.88 | | | 1/1/2022 | 1/31/2022 | 2/1/2022 | $ 26,001,243.87 |
| W00010119 | Navarro Capital Partners, LLC | Fifth Amendment Term Loan (W00010117) | $ 60,669.57 | | | 2/1/2022 | 2/28/2022 | 3/1/2022 | $ 26,001,243.87 |
| W00010120 | Navarro Capital Partners, LLC | Fifth Amendment Term Loan (W00010117) | $ 67,169.88 | | | 3/1/2022 | 3/31/2022 | 4/1/2022 | $ 26,001,243.87 |
| W00010121 | Navarro Capital Partners, LLC | Fifth Amendment Term Loan (W00010117) | $ 65,003.11 | | | 4/1/2022 | 4/30/2022 | 5/1/2022 | $ 26,001,243.87 |
| W00010122 | Navarro Capital Partners, LLC | Fifth Amendment Term Loan (W00010117) | $ 67,169.88 | | | 5/1/2022 | 5/31/2022 | 6/1/2022 | $ 26,001,243.87 |
| W00010123 | Navarro Capital Partners, LLC | Fifth Amendment Term Loan (W00010117) | $ 65,003.11 | | | 6/1/2022 | 6/30/2022 | 7/1/2022 | $ 26,001,243.87 |
| W00010124 | Navarro Capital Partners, LLC | Fifth Amendment Term Loan (W00010117) | $ 67,169.88 | | | 7/1/2022 | 7/31/2022 | 8/1/2022 | $ 26,001,243.87 |
| W00010125 | Navarro Capital Partners, LLC | Fifth Amendment Term Loan (W00010117) | $ 67,169.88 | | | 8/1/2022 | 8/31/2022 | 9/1/2022 | $ 26,001,243.87 |
| W00010126 | Navarro Capital Partners, LLC | Fifth Amendment Term Loan (W00010117) | $ 65,003.11 | | | 9/1/2022 | 9/30/2022 | 10/1/2022 | $ 26,001,243.87 |
| W00010127 | Navarro Capital Partners, LLC | Fifth Amendment Term Loan (W00010117) | $ 67,169.88 | | | 10/1/2022 | 10/31/2022 | 11/1/2022 | $ 26,001,243.87 |
| W00010128 | Navarro Capital Partners, LLC | Fifth Amendment Term Loan (W00010117) | $ 65,003.11 | | | 11/1/2022 | 11/30/2022 | 12/1/2022 | $ 26,001,243.87 |
| W00010129 | Navarro Capital Partners, LLC | Fifth Amendment Term Loan (W00010117) | $ 67,169.88 | | | 12/1/2022 | 12/31/2022 | 1/1/2023 | $ 26,001,243.87 |
| W00010130 | Navarro Capital Partners, LLC | Fifth Amendment Term Loan (W00010117) | $ 67,169.88 | | | 1/1/2023 | 1/31/2023 | 2/1/2023 | $ 26,001,243.87 |
| W00010131 | Navarro Capital Partners, LLC | Fifth Amendment Term Loan (W00010117) | $ 60,669.57 | | | 2/1/2023 | 2/28/2023 | 3/1/2023 | $ 26,001,243.87 |
| W00010132 | Navarro Capital Partners, LLC | Fifth Amendment Term Loan (W00010117) | $ 67,169.88 | | | 3/1/2023 | 3/31/2023 | 4/1/2023 | $ 26,001,243.87 |
| W00010133 | Navarro Capital Partners, LLC | Fifth Amendment Term Loan (W00010117) | $ 65,003.11 | | | 4/1/2023 | 4/30/2023 | 5/1/2023 | $ 26,001,243.87 |
| W00010134 | Navarro Capital Partners, LLC | Fifth Amendment Term Loan (W00010117) | $ 67,169.88 | | | 5/1/2023 | 5/31/2023 | 6/1/2023 | $ 26,001,243.87 |
| W00010135 | Navarro Capital Partners, LLC | Fifth Amendment Term Loan (W00010117) | $ 65,003.11 | | | 6/1/2023 | 6/30/2023 | 7/1/2023 | $ 26,001,243.87 |
| W00010136 | Navarro Capital Partners, LLC | Fifth Amendment Term Loan (W00010117) | $ 67,169.88 | | | 7/1/2023 | 7/31/2023 | 8/1/2023 | $ 26,001,243.87 |
| W00010137 | Navarro Capital Partners, LLC | Fifth Amendment Term Loan (W00010117) | $ 67,169.88 | | | 8/1/2023 | 8/31/2023 | 9/1/2023 | $ 26,001,243.87 |
| W00010138 | Navarro Capital Partners, LLC | Fifth Amendment Term Loan (W00010117) | $ 65,003.11 | | | 9/1/2023 | 9/30/2023 | 10/1/2023 | $ 26,001,243.87 |
| W00010139 | Navarro Capital Partners, LLC | Fifth Amendment Term Loan (W00010117) | $ 67,169.88 | | | 10/1/2023 | 10/31/2023 | 11/1/2023 | $ 26,001,243.87 |