```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| WHITE OAK GLOBAL ADVISORS LLC, <br><br> Plaintiff, <br><br> -v- <br><br> THOMAS M. CLARKE, et al., <br><br> Defendants. | 24-cv-2128 (JSR) <br><br> <u>ORDER</u> |

JED S. RAKOFF, U.S.D.J.:

Full familiarity with the currently pending dispute regarding plaintiff's proposed redactions is hereby assumed. After reviewing plaintiff's proposed redactions, as well as the parties' letter briefs, the Court grants plaintiff's request to file the documents in question in the redacted form sent to Chambers. The Court has assured itself that the redactions are narrowly tailored to redact only information related to nonparties and sensitive financial information that does not appear relevant to resolving any pending motion. In so holding, the Court retains the right to make public any portion of the redacted documents should it determine, at a later time, that the redacted information is relevant to resolving the instant dispute. Further, the parties should submit a proposed protective order that conforms as closely as possible with the Court's Model Protective Order, which is available on Judge Rakoff's website. If the parties alter the Court's Model Protective Order in any way other than conforming the caption and signatures, they must provide a redline indicating all such modifications by email to Chambers.

1

SO ORDERED.

New York, NY
October 29, 2024

_____
JED S. RAKOFF, U.S.D.J.

2