IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

Case No. 1:24-CV-07991

MARCO SPV LLC,

    Plaintiff,

v.

LUIS RAMÓN LÓPEZ SILVA, SCARLETT YOLANDA JOSE ASCANIO GÓMEZ, HARMONIA DE VENEZUELA, C.A., AND HARMONIA COMPANY COLOMBIA, SAS,

    Defendants.

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Marco SPV LLC voluntarily dismisses the above-captioned action without prejudice and without costs to any party.[1]

Dated: December 13, 2024.

DESOUZA LAW, P.A.
3111 N. University Drive
Suite 301
Coral Springs, FL 33065
Telephone: (954) 603-1340
DDesouza@desouzalaw.com
CZaffarano@desouzalaw.com

By: /s/ Daniel DeSouza, Esq.
    Daniel DeSouza, Esq.
    Florida Bar No.: 19291

## CERTIFICATE OF SERVICE

---

[1] Given the estimated cost of service in Venezuela/Colombia (>$11,000.00), the time frame for completing such (several months), and the fact that Venezuela/Colombia may not recognize any judgment entered herein, Plaintiff has decided to dismiss this action.

I hereby certify that on December 13, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.

                DESOUZA LAW, P.A.

          By: /s/ Daniel DeSouza, Esq.
                Daniel DeSouza, Esq.

SO ORDERED

_____
USDJ
12-16-24