UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WHITE OAK GLOBAL ADVISORS LLC,<br><br>   Plaintiff,<br><br> -v-<br><br>THOMAS M. CLARKE, et al.,<br><br>   Defendants. | 24-cv-2128 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

  On June 2, 2025, plaintiff White Oak Global Advisors LLC filed a motion for summary judgment. See ECF No. 48. On June 23, 2025, defendants Thomas M. Clarke, Ana M. Clarke, and Thomas M. Clarke and Ana M. Clarke as Trustees for Thomas M. Clarke and Ana M. Clarke 100% JTWROS cross-moved for summary judgment. See ECF No. 54.

  Upon due consideration of the parties' written submissions, the Court hereby grants plaintiff's motion and denies defendants' cross-motion. An Opinion setting forth the reasons for this decision will issue in due course, after which final judgment will be entered in favor of plaintiff in the principal sums of (1) $20,000,000 as against Thomas M. Clarke and Thomas M. Clarke and Ana M. Clarke 100% JTWROS and (2) $20,000,000 as against Ana M. Clarke and Thomas M. Clarke and Ana M. Clarke 100% JTWROS.

  The Clerk of Court is respectfully directed to close the motions at docket numbers 48 and 54.

  SO ORDERED.

Dated: New York, NY
    July 11, 2025

              */s/ Jed S. Rakoff*
              JED S. RAKOFF, U.S.D.J.