UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

WHITE OAK GLOBAL ADVISORS LLC,

                Plaintiff,                          24 **CIVIL** 2128 (JSR)

      -against-                              **JUDGMENT**

THOMAS M. CLARKE, et al.,

                Defendants.

-----------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 29, 2025, Plaintiff's motion for summary judgment is GRANTED and Defendants' cross-motion is DENIED. White Oak has shown that there are no material disputes of fact in this matter and that it is entitled, as a matter of law, to final judgment in the amount of $20 million against each of T. Clarke and A. Clarke. Defendants, for their part, have not demonstrated that they are entitled to judgment as a matter of law; accordingly, the case is closed.

**Dated:** New York, New York

       July 30, 2025

                                                      **TAMMI M. HELLWIG**

                                                         **Clerk of Court**

                       **BY:**

                                                         **Deputy Clerk**